11/15/20

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock:

Julian's mother is a contemporary and family friend of mine. My mother was developing dementia and moved from Philadelphia to Massachusetts to live near my sister. Julian was one of her part-time caretakers and ended up being her overnight companion for several months until she was moved to an assisted living complex.

For his part, his warmth and care for my mother made this experience a family affair for her instead of her feeling like she had a caretaker. .He read to her, played piano duets with her, took her shopping and out for walks, and brought her to both concerts and doctor appointments. In addition, he monitored her health, checking her vitals and administering her medications.

For much of her last year as her live-in aide, he stayed with her at least five nights a week, making her breakfast and cooking dinner for her. She would frequently get up in the middle of the night, confused about what time it was. He would reassure her, and often make her a bite to eat, then get her back to bed.

He interacted with her as a full person, sometimes joking, sometimes discussing issues. He was also in school at the time and studied in his off time. I will forever be grateful to him.

My experience of Julian was of a very mature, smart and decent young man. I believe he is still that person, although he has been diagnosed with various psychological issues which have contributed to his current predicament. I urge you to be lenient and to structure this next period of his life so that he can deal more helpfully with those issues and prepare himself for the rest of his life. (Please see photo below.)

Respectfully,


Barbara Copperman                                            707 268 8207
11 Crab Street
barbaracopperman@yahoo.com
Eureka CA 95503



Joan Copperman, Ph.D.
Clinical Psychologist
Belchertown, Ma.   01007
707 832 3285
NPI:  1568496719
EIN:   81-1650719

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts. 02210

November 27, 2020

Dear Honorable Judge Woodlock,

I am a Clinical Psychologist in Belchertown, Massachusetts.    I am 66 years of age.

I first met Julian Field in 2014 when, through family connections, I interviewed him to become the first paid caregiver for my 91 year old mother who was declining with dementia and wanted to remain in her home.  The three of us met for lunch and I was immediately impressed with his kind and gentle nature as well as his sensitivity to, and interest in, someone whose life experience was so unlike his.  So was she!  Julian, already a certified EMT, remained her primary caregiver when she needed round the clock company, eventually becoming her in home companion for a couple of years while he also attended college part-time.

I grew even more impressed with Julian as I grew to know him better.  He is really smart, wise beyond his years, sweet and thoughtful.  As a psychologist, I often felt sad for the level of anxiety I observed in him, which I learned has plagued him since the age of 15 or so. I also learned that, as often happens, he began self medicating the anxiety which led to the challenges of later addictive behaviors.

Nonetheless, throughout the time he worked with my mother, he was a reliable, creative and consistent companion/caregiver.  One day he called  very upset as he was going to be late for his shift due to becoming involved in an altercation at a bus stop.  He had stepped in to support and defend a fellow who was being bullied by two other guys, and ended up getting punched and needed to wait for the police to arrive to make a report.  Not a big fellow in body, but a huge heart and level of morality motivated him at all times.

Julian's troubles in the past 1 1/2 years break my heart.  I knew he had been diagnosed with bipolar disorder and had gotten clean and sober for a while.  Again, as a psychologist, it is easy for me to imagine how the combination of untreated bipolar depression along with substances created a crazed mind during which he behaved in ways that are just completely out of character for him.  I have treated other 20-somethings with bipolar depression, and the level of despair is

unlike anything I have ever seen in unipolar depression.   Wanting to die but having no way to do it makes for desperate actions.

I know that Julian has been charged with, and pled guilty to a very serious crime.   I also know that the importance of staying on medication for bipolar disorder is frequently driven home to patients by terrible mistakes made when they are off medication.  I imagine Julian has been scared enough by this experience to learn his lesson the hardest way possible.

It seems to me that having professional medical oversight and monitoring of his medications, and receiving the therapeutic and social support to remain sober, are the key to Julian's true societal rehabilitation.  I believe that a sentence with oversight and accountability to treatment and sobriety, rather than years in prison, will be much more likely to help Julian fulfill his potential, and return to being the highly intelligent, wise, kind, considerate, and productive member of society he once was.

I beg your honor to show leniency and give a sentence consistent with what will be most likely to move Julian towards the future he is capable of having.

Respectfully,
Joan Copperman, Ph.D.

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

November 26, 2020

Dear Judge Woodlock,

My name is Mark Feldman.  I am a 73yr old retired software developer, business
consultant, and engineer.  I met Julian Field when he was a live-in caregiver for Gertrude
– my fiancé's mother (and my 93 year old future Mother-in-law).  While Gertrude was
compromised by dementia, she had been an outstanding physician with a good
understanding of human behavior, and she clearly loved Julian.  The two of them together
were a treasure of loving kindness understood and gracefully offered.  I did not know
Julian well outside this element of his life.

My most vivid memory of Julian outside his role of caregiver was at a family gathering
with his Mother, her sister (Julian's aunt) and his cousin. We had gone to a restaurant to
enjoy and re-visit the love Julian's Mother and aunt had for Gert.

As often happens at restaurants, things weren't going well, waiting for seating, then
service, and finally more than the usual incidence of favorite dishes not available at the
moment.  When Julian's turn to order came, and in a context made increasing tense by
Julian's impatient cousin and by others' irritability, I was struck by the gentle and
flowing way Julian rolled with his disappointment, putting the waiter and the rest of us at
ease after several very uncomfortable moments.  He seemed to be demonstrating that we
were there for each other and this was to be the priority.  I clearly remembered thinking
"what a wise, gentle, and skillful young man he is, and this is why Gert loves him."

I had heard that Julian had his own emotional challenges and difficulties with alcohol but
I never witnessed this in the dozen or so times I saw Julian with Gertrude (my fiancé's
mother).    I only saw a truly sweet young man attempting to put his life together, get
through college, and grow up.

While the crime of kidnapping is profoundly unacceptable, I can only say that it is
equally unexpected in Julian's case, except for the extraordinary effects of emotional
disease and related substance abuse.  Surely Julian has much work to do to put this
behind him. But I respectfully ask Your Honor to consider the kind heart inside this
young man which might yet lead him to a wiser path.

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Woodlock,

I am writing you on behalf of Julian Field.

I am a successful gallery owner and artist (painter).
I have known and treasured Julian since he was one years old.
He became my son's playmate, and subsequently, his best friend.
I have been witness to his valiant struggles with equilibrium that began as an adolescent, and have continued throughout his young life.

Julian is one of the most intelligent [with great range], inquisitive, sensitive people I know. Always ready for intellectual dialogue, always polite yet passionate. (And, as bizarre as it seems, I know that the victim of his crime admitted to enjoying his company, as their time together went on!) We miss his vibrant presence enormously. He would do anything for our family, and friends.

When my late husband Jon Imber was diagnosed with ALS, Julian made himself readily available. With love and tact, he helped us move him, compassionately dialogued with him, and was knowledgeable in the nuances of Jon's comfort needs. He helped feed him, massaged his limbs, and helped to hold Jon up, as Jon continued to paint up to the very end. He was also an invaluable support to my son Gabe, helping him to grapple with the loss of his father.

I know that the very serious events that have brought Julian into your courtroom occurred not long after he came off his medications, in desperation to right himself, or end himself. He had recently been diagnosed with bipolar disorder. I also know that Julian deeply regrets his actions, and the fright, pain and suffering he has caused.

Please be as lenient as possible with this young man who has such huge humanistic potential for good. It would be such a waste to imprison him at length. I feel certain this was a terrible aberration, which will not happen again.

Most sincerely,

Jill Hoy
32 Clifton Street
Somerville MA 02144
jahoy1@gmail.com
617 938-7599

Jill Hoy Gallery
80 Main Street
Stonington, ME 04681
www.JillHoy.com



Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300Boston, Massachusetts 02210


Honorable Judge Woodlock,

Julian is the closest thing I have to a brother. Our mothers did pre natal yoga together, and I like to think that as our mothers stood next to each other we were having a playdate, running laps in our mothers' womb and passing telepathic notes. We have been the best of friends since then, owing in part to the close friendship between Julian's mother and my own parents.

I grew up inundated by art, both my parents were professional and successful artists and my father founded the first artist co-op in Somerville, where I was raised. I graduated from Bates College in Maine and am now living and working in NYC as a decorative finisher. My company works for clients ranging from Oprah to the White House.

Julian was beside me my entire life. He is my twin flame, my brother, best friend, and first and truest love. Julian is brilliant, charismatic, generous, witty and wise beyond his years. Julian has a spark inside him that I have rarely encountered. He is incredibly creative, a born actor and writer, with a love of language and learning. We fed off each other's intellect, playing chess, drawing, watching the great films of Fellini, Truffaut, Bergman, Hitchcock, Kurosawa and the like. He made friends everywhere he went, his curiosity for life and culture and an ability to read and connect with people propelled him. He always cared more for others than himself. He worked as an emt, and took care of an elderly woman for years while in college. He never had a father, and in many ways looked to mine as his own. When my father got ALS Julian helped me through it emotionally and physically. As my dad was dying he often stayed over and shared my shifts; from taking my dad to the toilet, and giving him massages, to feeding and reading to him. When my father died, Julian was devastated. Despite how bright he could shine he was constantly struggling with mental health issues, which got worse and worse. It is my opinion that the events that led to his arrest were the result of a lack of mental health support, and that with the proper treatment it all could have been avoided. I have never seen Julian as a danger to others, only himself.

I am fully aware of the charge and severity of the crime. I was told the

night he ran from home. And have been involved with his mother and the authorities until his capture and arrest. In fact he called me knee deep in the ocean in Key West to say goodbye. It was one of the hardest times in my life since my dad died. Although what he did was horrible and tragic I also wholeheartedly believe, as do many of those who know him best that his actions were the result of months of a worsening mental health crisis and momentary psychotic break. I have no doubt with the right mental health support he can overcome this tragedy. My hope is that after carrying out his sentence he will be able to go on to accomplish great things.

I talk to him most days on the phone and he deeply regrets everything that happened. I remember he spent weeks formulating an apology letter to the victim. It was so important to him that he pick the right words and that they expressed fully the enormous sadness, and regret that he carries in his heart. He would call me to recite bits and pieces, worried that it wouldn't reflect how truly remorseful he feels.

Honorable Judge Woodlock, I dearly hope you take into account both my sentiments as well as all extenuating circumstances that led to this. I pray you are able to look beyond the immediate circumstances, and recognize that Julian's actions do not reflect his character, soul, and potential. His future is in your hands, and I hope I have been successful in shedding some light on the extraordinary qualities that Julian possesses.

Respectfully,

Gabriel Imber

Nathaniel D. White
169 Ministerial Drive, Concord, MA 01742
(978) 831-7220   ndwhite@comcast.net

November 17, 2020

The Honorable Douglas P. Woodlock
1 Courthouse Way
Boston, MA 02210

RE:  Sentencing of Julian Phillip Field, Case No. 19-CR-10107-DPW

Honorable Judge Woodlock,

I am writing this letter as a statement of character reference for Julian Field pertaining to his sentencing for the charges of armed interstate kidnapping that occurred in February of 2019.  In light of these very serious charges I would like to share with you my experiences with Julian at a time in his life where I feel that there is so much more to him than what some would deem an out of control 'addict'.

I am a resident of Concord, Massachusetts where I have resided for the past fifty-three years.  I have worked as a senior bond trader and index strategy analyst for J.P. Morgan Chase for eighteen years, a senior financial analyst at the Walt Disney Company for eight years, and an area manager for Wegmans Food Markets at present.

I first met Julian in the summer of 2018 when I checked myself into the Addiction Recovery Program, for alcohol abuse, administered by Emerson Hospital in Concord, Massachusetts.  The program was an outpatient weekday program that ran for three weeks, four days a week from 9am-3pm and grouped into classes of 6-10 patients.

Our recovery group was a very diverse cast that included a doctor, an attorney, a schoolteacher, a 'pimp', a high school principal, a software engineer; all of whom had varying backstories that lead to their substance abuse problems.  As it was our initial session people shared a little bit about their struggles and what led them to where we all were.  Each story was unique, and everyone took about five minutes.  Julian was the last to speak.

When he started to speak, there was a sad cadence to his voice as he started off speaking of his struggles with mental illness.  He was precise, ticking off his rather lengthy history; bipolar depression, major depressive disorder, social anxiety disorder, borderline personality disorder and others either suspected or non-classified.  He went on for almost a full thirty minutes.

The room was in silent awe as he rather methodically went into detail how he knew something was terribly 'wrong' with him from an early age.  While he was a scholarship student at Phillips Exeter Academy, he spoke of letter he wrote to the school doctor where he engaged in a self-diagnosis of his suspected conditions.  While he tried to find some humor in speaking

Nathaniel D. White
169 Ministerial Drive, Concord, MA 01742
(978) 831-7220   ndwhite@comcast.net

about a younger version of himself having the audacity to engage in such a task one could sense the bittersweet irony that his youthful analysis was pretty on-target.

When I learned that he lived close to me and had no car, having to bike to the program every morning in traffic, I offered to pick him up and drive him home for the duration of the program.  Once we had finished the program at Emerson, I invited him to some of the AA meetings that I attended in the area and gave him an opportunity for him to integrate with the recovery community.

When we attended our first AA meetings together in West Concord, and Lincoln he quickly integrated with other attendees.  Once he met more people, he had other people that were more than happy to provide him with a ride.  I was still his primary conveyance, and it was more of a treat than a burden having a talkative and intellectually stimulating passenger.

It was during these evening rides to and from meeting that I got to know more about who Julian was.  I also discovered that we had many things in common; a love of film noir, classical music, literature, and touring museums among other things.  We also laughed at how disparate our social and political views were.  When I told him that I was the Chairman of the Young Republicans, now the Young Republicans Federation, for my college in Ripon, Wisconsin (birthplace of the Republican Party) in the late 1980s and canvased heavily for President George H. W. Bush, I half-expected him to jump out of the car.  He only laughed and said I was hardly the first conservative friend he had made.

Another experience we did share in common was a particular shame.  Both of us were expelled from our private schools for disciplinary reasons.  The experience was humiliating for both of us, having to finish our senior year in a new school with few or no friends in what a crowning time of our youthful educational experience should be.  For Julian, I know from what he said and the tone of his voice, this was a devastating event that crushed his education dreams of attending medical school.  I believe that his dream was to be a neurosurgeon or work in a similar field.

During the Fall of 2018 Julian was three months into his sobriety and I was helping him put together a new resume so he could start a job search in earnest.  My mother, Marjorie, happened to have been the owner of a large executive search company, which she sold to McKinsey & Company in 2005, and was more than happy to lend a hand.

Marjorie, due to her four decades of interviewing people for a living, is an incredible judge of character.  When she was asking Julian for more information to help flesh out his resume, he turned to me and smiled, "I didn't know this was going to be an inquiry."  On went the 'interview'.

Marjorie, and I were impressed with what Julian had accomplished given the stressors he was dealing with in his young life.  He spent the summers of 2009 and 2010 as a neurology lab

Nathaniel D. White
169 Ministerial Drive, Concord, MA 01742
(978) 831-7220   ndwhite@comcast.net

assistant at the Edith Nourse Rogers Veteran Memorial Hospital in Bedford, MA, in 2011 he was one of 25 students chosen nationally to attend a two week summer program in Atlanta at the CDC, he also worked in a volunteer clinic in Guatemala the summer of 2012, he was a certified EMT for National Ambulance for two years, and a caretaker for a ninety-plus year-old woman with advanced dementia from 2014 to 2016.  His list of student awards and honors was equally as impressive.

While my mother and I were finishing up on some other business Julian struck up a conversation with my father.  At the time my father was reading one of his arcane novels, I believe it was a work by Henry James, something that covered his writing style that focused on psychological realism, a subject that often left me with a headache after attempting to wrangle on of the author's books.  My mother and I watched as Julian and my father went on in a very animated conversation that left us in the proverbial dust.

My father has two PhD, one from Cornell in Mathematics, and one from MIT in Electrical Engineering.   He's a soft-spoken man who has worked in the intelligence community his entire life, has travelled the world, and travelled to a multitude of countries helping to set up advance radar and telecommunications systems.  He is a consummate intellectual who has a particular economy with words.

I have brought many friends and associates to meet my parents over the years, but rarely has one been on the hot seat, so to speak, at the same moment.  Once we finished his resume, we headed off to our AA meeting in Lincoln.  That evening I returned home my mother told me my father was impressed with Julian.  "He's a remarkable young man.  It's nice to see someone that age with such a love of literature, and what uncanny insight."  Those were compliments I rarely hear my father utter about anyone, let alone a friend of mine.

On some days, when the weather permitted, Julian and I would take a walk before heading off to a meeting.  It was during these walks that Julian would often open up and just talk about topical subjects, but it was also then that he would open up and share stories.  Some were humorous, but many centered on how scared he was that he could not keep up this pace of sobriety.  He mentioned that while he doubted the absolute validity of seasonal affective disorder, he did say that he was at his worst emotionally during the dead of winter.

When I received word from a mutual friend, and then his mother what Julian had done, kidnapping a man from his home at knifepoint in Concord, I was shattered.  I was dealing with a serious chain of events at home.  My father had just suffered a stroke three days earlier, my nephew was involved in a terrible school mix-up that threatened to ruin his chances at a good college (that was fortunately resolved after much anxiety) and I was having health issues due to my ever-evolving diabetic setbacks.

For eight months I had no contact with Julian.  The only word I had was what his mother was able to tell people in emails.  The day his letter arrived in early October of 2019 was a

Nathaniel D. White
169 Ministerial Drive, Concord, MA 01742
(978) 831-7220   ndwhite@comcast.net

bittersweet moment.  Over the next weeks he managed to reach me by phone, but his letters had more content and were not subject to having a fellow detainee sitting next to him listening in on his conversations.

The second letter he was able to send to me after his transfer to the Wyatt Detention Center was moving.  His second paragraph read as follows:

"It may now be many months since this whole affair started, but I still struggle to accept my situation fully.  I am still awed by the scope of how many lives my actions impacted, from my victim, his family and friends, to my family, my friends and even complete strangers.  I'm not sure that knowing that there were that many people that actually cared about me is a comfort or another unending source of guilt that I will have to process.  I, intellectually, am aware of the fact that I am about to be sentenced according to a 134-168-month guideline.  I accept fatherlessness, bipolar disorder, borderline personality disorder and the fact that I cannot use drugs or drink responsibly ever again.

"I am working to accept, emotionally, the impact that I've made upon the lives of those close to me and total strangers and accept the horrible repercussions my actions caused.  I am hoping that once I am interred at a longer-term facility, I will be able to attend AA, NA and other support groups, something not offered at this holding location.  That is at least something to look forward to."

Over the past year and a half that we have been communicating Julian speaks more about how much pain he has caused his victim, mother, family, friends, and even strangers who were impacted by his actions.  His anxiety and grief are not about how miserable he is, but how miserable he has made everyone close to him and to the strangers that his acts caused.

Your Honor, I beseech you to consider what I see as the inherent character of Julian as you prepare to sentence him.  Julian is, at his very core, a good person with no ill will towards anyone.  In the time I've known him I have never heard hateful or harmful words emanate from him.  In his youth he only wanted to learn, to help others, and in turn, perhaps by becoming a physician or researcher, help him to understand how to cope with his mental well-being.


Respectfully,


Nathaniel D. White

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

November 17, 2020

Dear Judge Woodlock,

My name is Thomas Kennedy and I am writing to you on behalf of my dear friend, Julian Field. To this day, I can barely believe that Julian committed the crime that he did, but it is a reality that I and all of Julian's closest friends and family have had to accept. The innocent man whom Julian committed the crime against is still in my thoughts today, as I can only imagine the harm Julian caused him and the trauma that he likely still deals with due to the incident. However, I must write to you to say that this crime was tremendously out of character for Julian and is not at all representative of his compassionate, intelligent, and thoughtful demeanor. I write to convey to you the Julian Field that I have grown to know and love for many years and to explain why the crime he commited is not at all defining of who he is in the hopes that you take the information into consideration when sentencing him later this year.

I have known Julian for roughly 18 years of my life. I moved from Chelsea, MA to Somerville, MA when I was about 8 years old and the same year I moved, I became good friends with my next door neighbor Gabe Imber. It was through Gabe that I met Julian. Despite the fact that they have different mothers, the two of them grew up together since the day they were born and have always been like brothers to one another. As I grew older and closer to Gabe, I naturally grew closer to Julian as well. Julian and his mother Rachel lived about half an hour away from us, so sadly neither of us were able to see Julian as much as we wanted to. Everytime he came to town, though, it was a joyous occasion. From the moment I first had a playdate with him to the last time we were able to meet, Julian has always been able to put a smile on my face and make our time together memorable.

Once we graduated high school, Julian and I both ended up studying at the University of Massachusetts Amherst. I received my Bachelor's degree in Communications in 2016 and then went back to Somerville to live with my parents for a year or so before finding an apartment in the neighborhood with some other friends of mine. Since I have graduated, I have been working full-time as a server at Henrietta's Table in Cambridge, MA and have otherwise been creating music in my spare time.

When Julian and I were at UMass, we lived at different parts of the campus, made different friends and worked towards different majors. Nonetheless, we did our best to remain in touch. It wasn't until we had to drive back home together for a funeral that we really developed a strong bond. In April of 2014, our friend Gabe's father, Jon Imber, passed away due to a long battle with ALS; a battle that became increasingly difficult for Jon to fight and for his loved ones to witness. Gabe had taken a year off from his studies at Bates College to take care of his father and in that time, he primarily reached out to Julian for comfort. This is still the case to this day. Even though he is locked up and in a much worse position than any of us, Julian still lends an ear, solace, and worthwhile advice to Gabe, myself, and all of his other close friends.

DocuSign Envelope ID: F5056693-3686-4923-8A3E-FB3CAB326A03

Around the time I came back home from college, Julian did as well. He went back to living with his mother, but was able to visit much more frequently since he had access to a car. During that period of time, I got to know Julian much better than I had in the past. I had always known him to be an intelligent kid, but it became clear how smart and articulate he was the more we conversed and spent time together. In fact, more often than not, Julian would bring up historical, philosophical, scientific, literary, and cultural facts that I was completely unaware of. I could always learn something new from Julian every time I saw him.

Among all of the wide-ranging topics we would discuss, music was by far the one we talked about and bonded over the most. We always shared fairly similar taste, but our musical knowledge differed. In my eyes, I probably listen to more music of the past and present than the average person. However, Julian's vast knowledge of various genres and artists, both known and not-so-well-known, always amazed me. Like with a lot of the other information he shared, I often wondered where he found the time to discover it all. Truth is, Julian has always been an extremely curious person who will travel down a rabbit hole to learn as much as he can about something he finds interesting.

On top of all the music he shared with me, Julian also gave me great motivation to pursue my own music dreams. Aside from being really well-read, Julian has also always had a large amount of creativity in his bones. He got into making music himself for quite some time and would share and discuss his process with me. In addition, he was one of the first people I can remember who recognized my strong passion for music and also encouraged me to go for it. Even before I ever created anything, Julian strongly believed in my ability to make music, especially when I didn't believe in myself at all. For that, I will be forever grateful to him.

If there is one thing I have realized about Julian in all of the years I have known him, it is that he is capable of achieving just about anything he sets his mind to. He has the mental capacity to learn about even the most difficult topics and with the right drive and motivation, I believe he could succeed in a multitude of fields. The biggest obstacles towards success that Julian has unfortunately faced over the years has been his depression and anxiety. It is this in particular, I believe, that landed him in his current situation.

While I greatly understand the seriousness and severity of the crime Julian committed, I also know he was not in the right state of mind when it happened. Based on an account from my friend Alex who saw him the day before the crime and other information that later surfaced, Julian decided to go off of his prescribed medication for a time. Consequently, he had a manic episode that made him a danger to others and subsequently ruined much of his future. When I heard of the crime, I could not believe that Julian was capable of doing such a thing as it is so out of character for him. Sadly, though, I had to accept that the incident did occur. As much as I and all of my friends deeply regret the fact that it happened, Julian has made it clear to us that he regrets his actions a thousand times over. His absence from our lives was, for a while, very surreal and hard to accept. As time has gone on, the reality of the situation has set in, but the void that was created by his absence has not waned at all. Despite all of the issues Julian had up until his incident, he still showed signs of improvement and a genuine desire to get himself on the right track. This major setback in his life greatly pains me and the rest of his friends and family, especially knowing all of the steps towards reform he was ready and willing to make along with the great potential

DocuSign Envelope ID: F5056693-3684-4923-8A3F-FB2CAB326A03

he still had to lead a happy, successful life. I can only imagine the exponential amount of pain he himself feels.

Throughout all of the conversations I have had with Julian since he first arrived at Wyatt Detention Center, he has consistently talked about the copious amounts of reading and exercising he has been doing. He has also been doing a fair amount of writing as well as some drawing and, rather recently, he told me that he is looking into taking any available classes that may be offered. While it makes me happy to hear that he is making the most of his time, I can't help but wish he was free to pursue whatever he wanted. Even though Julian has only served a fraction of the time he is likely to be incarcerated, he has already reflected extensively upon his actions and regrets them so much that I am positive he would reenter society as a model citizen were he to be released today.

I have personally made it one of my goals to get myself into a position to help him out however I can when he is finally released ie. providing him a job or some other worthwhile opportunity. Even if I am unable to help him much in the future, though, I know Julian will do his best upon release to turn his life around, despite whatever roadblocks he may run into. All I hope is that he will be able to return to a normal life sooner rather than later. I pray that you, Judge Woodlock, take into account everything that I have expressed about Julian in this letter when considering the length of his sentencing and I kindly ask that you show some mercy towards him when you finally do make the decision. Thank you very much for taking the time to read and acknowledge my statement regarding my good friend.

Sincerely,

Thomas Kennedy
40 Kinnaird Street Apt. #3
Cambridge, MA 02139
tthkennedy@gmail.com

# The Boston Globe

1 EXCHANGE PLACE, BOSTON, MA 02109

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock,

My Name is Gregory Klee and I'm the Deputy Design Director at the Boston Globe. I've known Julian Field for about seven years, since the day he appeared in my kitchen on a trip home with my son, Peter. Unlike many other young men his age, Julian immediately introduced himself and before long he was sitting at our kitchen table with my wife and me, asking us questions and freely sharing details of his life. Suffice to say, we were both impressed by this intelligent, polite and engaging young man.

Over the following months and years I kept tabs on Julian through my son's stories and Julian's occasional visits to our home and each time we found him to be the same: a smart and curious individual who really seemed to care about other people. Which is why we were beyond shocked to hear what he had done and the seriousness of the charge. My jaw doesn't drop often, but it did that day. My wife and I struggled for days to reconcile our impression of Julian with the story we heard.

My son has since explained that drugs played a part in this horrible incident and while that's ultimately no excuse I can't help but believe that without his addiction I wouldn't be writing this letter to you.

I know in my heart that this is a young man with huge potential and that if some leniency is shown that he can and will turn this terrible tragedy into the start of a bright future.

Gregory Klee
Deputy Design Director
The Boston Globe

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
November 18th 2020

Honorable Judge Woodlock,

Julian and I lived next door to each other our freshman year at Umass Amherst. Almost instantly we formed an incredibly close bond. We have spent thousands of hours together. While Julian struggled as a student, he was (and is) a true intellectual with a beautiful appetite for knowledge and art. Julians lucidity and intelligence are immediately apparent. More than simply being a smart, interesting guy, Julian has an enormous soul. I have described him many times as "being one of the most human, humans," because he is so passionate, and so candid. This also makes Julian one of the more transparent people I know. The only bad qualities I ever saw in Julian were some youthful arrogance and selfishness that was exacerbated by his drug and alcohol use. He was never malicious. He was never hateful. The vast majority of the time he was gentle, loving, thoughtful, hilarious and so so sincere. Julian was never shy about expressing his love and appreciation for people, never afraid to share his mind if he thought you needed to hear it. After dropping out, Julian worked in the area as an EMT. The job paid very poorly and could be extremely stressful. Frankly Julian did not love it, but he always spoke kindly of the people he served no matter what the situation was. I'm sure people will mention Gertrude, who Julian loving called Gert. For a couple of years he spent countless hours reading to her, playing piano with her, talking to her, and cooking for her. He loved that old woman dearly and handled her with the greatest compassion. I visited her with him a handful of times. If you could have seen it, if you knew Julian at all really, the question you would be asking yourself would not be, "Is this guy a monster?" but "How did this person become so warped?". After graduation I moved to Phoenix and we slowly lost touch. His depression and his addictions drove him deeper and deeper into isolation. After a while he stopped picking up the phone.

All that I have described is grossly at odds with the crimes that Julian has committed. I am well aware of what he did. It is sickening. It is shocking. I do not absolve him of anything that he did. But I think it is critically important to recognize that it was totally random, not premeditated, impulsive, and most importantly suicidal. He did not do what he did for greed or to terrorize that poor man. He did it out of total disregard for himself, he did it out of desperation. I know his victim will forever be haunted by that night. I can't imagine his terror. But I so dearly wish from the bottom of my heart that he knew and understood what I know, which is that Julian is not someone he needs to fear. The thought of Julian coming back for revenge is a sick absurdity. Julian and I talk on the phone three or four times a week now that he is in jail. These days we are closer than ever. The positive changes I have seen in him since his incarceration have been extremely encouraging. Julian is a calmer person now. He is humble. He is more patient and more empathetic. Recently Julian has been helping fellow inmates prepare for their court dates by guiding them through the process of writing their statements. He does this not because he feels pressured to do so or is being rewarded. He does it because his intelligence is a gift worth sharing. Please have mercy on Julian. If anyone can be rehabilitated he can.

Respectfully,

Peter Klee



**Oscar Dupuy d'Angeac**
*founder, Signs of Providence*

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock,

I have have been a close friend of Julian Fields' for more than a decade, ever since we met during our sophomore year at Phillips Exeter Academy. I was drawn to Julian's wit and good humor, which, I soon learned, he drew from a well of erudition nourished by an insatiable intellectual curiosity. Here is someone, I remember thinking, who will undoubtedly accomplish great things, and who's name will be passed on through the years as one of our class's brightest thinkers.

Since Exeter, I've followed Julian's path, from college to his tireless work as an EMT, as I continued my own journey. I am an award-winning film director, an urbanist, and a teacher. Among other endeavors, for the past two years I have taught an urban research course at Brown University. Last year I was given the Housing Network of Rhode Island's "Housing Innovator of the Year" award, along with a letter of recognition from Rhode Island Senator Jack Reed, for my contributions to the state's efforts to tackle its shortage of affordable housing. Throughout the years, I have been excited for the day Julian and I might collaborate on a creative project, and indeed I still am.

I remember watching a performance Julian gave at Evening Prayer, when talented students were invited to perform in front of their peers on Tuesday evenings in the campus chapel. Julian, who to my astonishment later confided that he had improvised the entire performance, gave a monologue as a mother fretting over her disabled son. His by-then notorious humor was sharp that night, but I was struck by a different quality that I hadn't known him capable of before. In the ten minutes of his candlelit speech, he gave voice to a full maternal love, with all its burning anxieties, passion, and hopes; its selfishness and its grandeur. I remember shivering in awe of what could only be called genius, and, looking around the church, I saw other students wipe tears from their faces.

Everyone close to Julian, and he more than anyone else, understands the severity of his crime. He and I have talked many times about how deeply he repents for his actions. What his victims suffered is tragic. I know that Julian suffers on their behalf now. I also believe it is tragic that so many struggling people are not afforded the mental health support that they need and deserve. The results are felt by all of society.

When we do discuss his crime, Julian always expresses his regret at not having sought care for his mental health sooner, before it reached a crisis. As for me, I have come to see those events as the momentary crisis of a deeply intelligent, caring, and sensitive individual who did not have the support or structure that he needed at the time to properly engage his powerful but sometimes tumultuous mind. Julian is ready to seek the care he needs, and hopes to do so in an environment that will allow him to grow as an adult and as an artist. We often discuss literature and his plans to write and act in the future.

I still have no doubt that Julian will accomplish great things. I can only hope that my small contribution, in the form of this letter, may help you see beyond his immediate circumstances at the talented young man who's future you hold in your hands.

Respectfully,

Oscar Dupuy d'Angeac

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

November 19, 2020

Dear Judge Woodlock,

I am writing on behalf of Julian Field.  I have known Julian since he was a young boy. He and his mother Rachel have been guests at my table for Thanksgiving, and for weekends at my parents' cottage on Squam Lake in New Hampshire. My daughter was also his babysitter. We have had happy nights of games together.

I am a biological scientist, currently employed at Curry College in Milton Massachusetts. My husband and I live in Bedford, Massachusetts, not far from Rachel.

We always enjoyed Julian's company. Even when he was a boy, we could have fun conversations with him about topics of mutual interest, such as movies. He is remarkably intelligent, had a wide variety of interests, and was very pleasant company when we were around him.

When we were at Squam Lake together, Julian was helpful with putting together meals and other activities that helped the group. Many other family members were in attendance, and my aunt told me later that Julian had made a point of thanking her privately for making a salad, which is a bit unusual for a boy in his early teens.  My entire extended family liked him, and he made a point of giving his sincere thanks to my family for the fun weekend.

He excelled at school in middle school, which did not surprise me.  He is not only intelligent, he appeared to be a deep thinker. I saw less of him in his high school and later years, since both Rachel and I became very busy. He continued to be pleasant to me, though he was clearly becoming ever more of a handful, and his life had many ups and downs.  I had high hopes when he became an EMT, since I hoped that a steady career would give him a more stable future, and perhaps give him time to mature, if he wanted to continue his education, or move in other directions later in life. To be honest, stability and a way to move forward is still what I hope for, for him.

Thus it was that I was deeply dismayed and made miserable when I heard that he was wanted by the police. Bedford is a small town, and I heard about the Bedford police looking for him fairly early in those proceedings. When I heard about what he had done, and how serious it is, my dismay and misery increased. My sincere hope after that was that Julian would still be alive when he was apprehended by the police.

It is incredibly sad that the best outcome that I hoped for was that Julian would wind up in police custody, but that was my fervent wish, and it came true. That this young man with such great ability has come to this is sickening.

My hope for Julian remains that he be able to gain stability. If he is able to find a way to have a decent income and reasonable mental stability, then he will have the possibility of being able to put together a happy and useful life, and be able to contribute to society. He has considerable intellectual gifts, and I hope that he is able to complete his college education while he is incarcerated. It is my understanding that this is what he hopes to do as well.

I ask that the judge show him leniency. I also hope and request that whatever prison programs are available that help people further their educations, and gain valuable life skills, and get appropriate counseling, are available to Julian. I still think that he will be able to make a decent life for himself, and made a decent contribution to society when he gets out, if these resources are available to him while he is incarcerated.


Sincerely,



Abigail A. Hafer



Abigail A. Hafer, D.Phil.
Senior Lecturer, Curry College
260 Davis Road
Bedford, MA  01730

*Dr Ashley & Mrs Alison Lawton*
*5 Stonehedge Road, Lincoln, MA 01773*

November 27, 2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
BOSTON, MA 02210

Dear Judge Woodlock,

This letter is written in support of Mr. Julian Field.

My wife, Alison, and I have known Julian for approximately 10-12 years.  Julian has been, and remains, a close and treasured friend of our younger son, Alex.

Through our life experiences we believe that we are both good judges of character and through our long life-science careers we have had the opportunity to mentor and develop many young people.

During a 30-year career I have been President & CEO of a biotech company, founded my own biotech company, and served as a partner at a leading life science executive recruitment company (interviewing hundreds of executives to assess their personalities and motivations).  I am also an accomplished business development professional, experienced in negotiating many $100M+ pharmaceutical product development, licensing and marketing deals.  Over a similar timespan, Alison has also been the President & CEO of a biotech company (taking it public on NASDAQ), served as President & General Manager of a division of a major public biotech company (responsible of generating >$1B annual sales) and is an experienced leader of organizations (some with more than 500 employees).  She currently serves as an independent director on the Boards of a number of both public and private biotech companies.

In addition to high-stress careers we have always made family a priority, we have been married for 34 years, and successfully raised two sons who we are very proud of.  Our older son, Matt, is currently studying for his PhD in Biochemistry at Boston University, and our younger son, Alex, having graduated in Environmental Studies from Northeastern University is now studying for his JD degree at Northeastern Law School and a Masters degree in Energy Regulation at the Vermont Law School.  Over the years we have enjoyed our house being the gathering place for our sons friends and have spent a lot of time watching them all grow and enjoying their company. We continue to see many of their friends who we have known most of their lives (some as Kindergarten students at the Friends school that instilled such strong social and ethical morals in the kids).

Over the years, as a close friend of Alex, Julian has visited, and stayed over, at our house on many occasions.  We have enjoyed his company and conversation over many dinners that we have eaten together.  He has always been unfailingly polite, respectful and good company; as you know, teenage boys can often be difficult to converse with – this did not apply to Julian, he was comfortable initiating and contributing to the discussions around the table and in general while he was with us.  He was also very thoughtful and polite – for example, removing his used dinnerplates/cups and washing them up without being asked to do so.   A small example of Julian's politeness is illustrated by the day that I

*Dr Ashley & Mrs Alison Lawton*
*5 Stonehedge Road, Lincoln, MA 01773*

cooked Szechuan Chicken. I had just bought some Szechuan peppercorns that I had never used previously. Szechuan pepper has a fiery heat and has a numbing effect, akin to novocaine injections at the dentist, if too much is used. My wife refused to eat more than her first mouthful, as did Alex and another friend as I had clearly overdone it on the quantity used! However, Julian, who I believe was being polite and trying to make me feel better, ate his whole portion and insisted that it was very nice! Needless to say, we have always enjoyed seeing Julian and were comfortable with him spending time with us and with Alex.

Julian is, and has been, a very caring young man. Two examples stand out. We believe that he looked after and provided care for an old woman (Gertrude Copperman) for some time. As a young man he also worked as an EMT (Emergency Medical Technician). Both these roles require compassion and a strong drive to help others – now that he needs help himself, we hope that he will receive it.

It is also important to note that in more recent years we were aware that Julian suffered from mental illness. As his friends became worried for him during his bouts of depression, Alex would seek our counsel with respect to how they might help him. We are also aware of his struggle with alcoholism. Julian was remarkably self-aware and we had open conversations with him about how he was doing. Despite having to try and deal with these challenges, Julian always remained positive and upbeat when we saw him.

It was with shock and disbelief that we heard the news from Alex that Julian was wanted for a kidnapping. In our experience this was not in his character; to us he comes across as a gentle, thoughtful and caring young man. Clearly, what Julian did was very serious, and must have been very scary and stressful for the victim. From what Alex has told us we believe that Julian understands this and is very remorseful and sincerely regrets his actions.

While we agree that what he did was wrong, we sincerely hope that you will take his disorder into account when weighing up your sentence. Julian is a lovely young man in the prime of his life whose judgement at the time of the incident, in our opinion, was significantly impaired because he was not receiving adequate counselling or medication for his psychiatric illness. His actions on that day were not in character with the young man that we, and our son, know and love.

We sincerely believe that Julian, and society in general, will benefit from medical care and counselling rather than being incarcerated with hardened criminals. He is fundamentally a good person and, we believe, deserves a second chance. We hope that you can find it in your heart to help him.

Yours sincerely,

Ashley Lawton, PhD, MBA                    Alison Lawton, BSc (Hons), FRAPS

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock,

I went to Bates College from 2012-2016. During this time, I lived for three years with a group of friends. I became and remain very close with that group of people, as we all had a huge impact on one another during very formative years of our lives. Julian Field is the lifelong best friend of one of the people I lived with during this time, Gabe Imber. I met Julian in 2013 and have spent a lot of time with him over the years. He quickly and easily became a part of our community. Julian's face and energy are present in so many of my most cherished memories, and I care deeply for him.

I'm currently studying law at the University of Arizona in Tucson. I work with detained migrants in removal proceedings and maintain correspondence with several incarcerated people. Julian is my absolute favorite pen pal. His letters emanate the same qualities that drew me to him when I first met him. I can say with confidence that I don't know anyone else like Julian. He is one of the smartest people I've ever met. He's extremely charismatic and comical. His love of art, film, and music runs deep and he is quick to share his thoughts about these things with those around him.

More than anything else, what I appreciate about Julian is that he always made me feel like he would do anything for me if I ever needed anything. He has always been so kind, affirming and supportive of me. I've always been really passionate about helping people, and that work has taken me around the world over the years. Every time I saw Julian he would always want to hear what I was up to/thinking about and talk through it with me. Every time I saw him he would encourage me, rain undeserved praise on me and push me to keep going. His mom is a scholar and she is also passionate about human rights with a focus on Latin American issues and I remember Julian insisting on connecting us. At social gatherings, Julian would be the friend who would stay up and talk with me for hours if I wanted to. He was never unkind or disrespectful once in all the years I've known him. I got to spend a lot of personal time with Julian because I dated his best friend Gabe for a while. A lot of my memories of Julian are through the lens of his relationship with Gabe. They are basically brothers; Gabe is an only child and Julian would do anything for him. I especially remember how important Julian's involvement and emotional support were during the time period when Gabe's dad grew terminally ill with ALS, and how consistently Gabe could rely on Julian.

I have personally witnessed Julian's struggle with bipolar disorder and addiction and know how these things have challenged the warm and giving personality I have described in this letter. I recognize that Julian acted harmfully, and my heart breaks for everyone involved in that incident. But I promise you, his actions that day do not reflect his character or his potential at all. Through his letters, I can tell how remorseful he is and the extent to which he has reflected on his behavior. In prison, he has learned to be hyper-vigilant and advocate for his mental health needs in a way that I haven't seen him do before. I can tell that the time he has spent incarcerated has had a profound impact on him, and that he has learned and grown tremendously. His letters from prison are full of deep insight and genuine empathy for others. I am confident that if allowed a second chance at life, he will not make the same mistakes.

Julian has so much to offer the world. He truly is a uniquely brilliant and compassionate young man with so much to give. I beg you to please consider the positive impact he has had on my life and the lives of many others. Please grant him the opportunity to continue to repay his debt to society from home, with the support of the community that loves him so much. Thank you for your time.

Sincerely,

Bridget Feldmann



# Trinity College
### HARTFORD   CONNECTICUT

November 20, 2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock,

Julian Field is my cousin. I have known his mother all my life (I'm now 66) and I have known Julian since he was born. I have watched him grow up over the years.

My entire career has been spent working with young adults in the field of education. I began at Hostos Community College (CUNY), in the South Bronx, where I worked for 16 years almost exclusively with first-generation college students, many of whom had to hold full time jobs while they attended college. Since 1996, I have taught at a very different institution; Trinity College, an elite liberal arts college in Hartford, CT. Trinity students come from diverse backgrounds. Many are privileged but some have earned full scholarships. During my 40 years in higher education, I've gotten to know college-age kids fairly well. I've heard every imaginable excuse, but I've also seen young adults blossom and grow in extraordinary ways when provided with good opportunities and thoughtful mentoring. In this context, I look at Julian's situation right now with great sadness but also with hope.

My family and I have missed Julian at family gatherings. We miss his humor, his wit and his insight. I always thought that Julian's teachers must have been very lucky, since he embodies what so many educators value in a student. Julian is inquisitive, intellectually engaged, and has a voracious appetite for books and literature. He loves to read and to debate ideas. His ability to engage in sophisticated critical thinking is perhaps the quality that college professors appreciate most in a student. But Julian is more than just smart. I am always impressed by his empathy, his kindness, his concern for others, his awareness of the need to address all that is wrong in the world. These qualities play out in many of his daily actions, and in the manner he interacts with family, friends and everyone he encounters. Julian has never stuck me as selfish, self-centered or callous. I have a hard time imagining that there is any potential for violence in his character.

Of course, I am aware of the seriousness and gravity of the charges against him. I believe that Julian has thought a great deal about the consequences of his actions. He deeply regrets what

STUDIO ARTS PROGRAM
DEPARTMENT OF FINE ARTS

300 SUMMIT STREET, HARTFORD, CT 06106-3100
TEL (860) 297-5232   FAX (860) 297-5349   www.trincoll.edu

he's done and is aware that he must now contend with the repercussions. Yet, I can't help but feel some hope. Julian is still young, and he always impressed me as an individual with huge potential. I always imagined him as a scientist who might win the Nobel prize for a groundbreaking discovery, or a New York Times best-selling novelist. He has a long way to go, and he's gotten himself in bad trouble. But I nevertheless believe the potential is there; enormous potential.

For all these reasons, I write to plead for leniency in Julian's sentencing. Julian has a loving family, all of whom are committed to working very hard to support him.

Respectfully,

Pablo Delano

Pablo Delano
Charles A. Dana Professor of Fine arts and Charles A. Dana Research Professor

**Laura Delano Duncan, Senior Art Director**
**Wunderman Thompson Health, New York, NY**

45 Madison Avenue, Maplewood, NJ 07040

**To:**                                                                                                              November 21, 2020
Honorable Senior District Judge
Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300,
Boston, Massachusetts 02210

Dear Judge Woodlock,

I know Julian Field because my mother and his grandmother were first cousins, and although we have not always been in the same state, I was in New York when he was born, and I have seen him and gotten to know him since he was a small child and played with my daughter, Julia. We enjoyed seeing Julian and his mom at family gatherings a few times a year, and we especially bonded because his grandfather, Phil brought us all together at his home in Long Island.

I lived and worked in New York City fas an actress, singer and later graphic designer and art director for many years. In 2000 my husband, daughter and I moved to Maplewood, NJ, where I currently live and still work remotely.

My most memorable moment with Julian was when we were visiting at his family home in Massachusetts. Sitting around the dinner table, Julian, who was only 19, told us about how he had begun working as an EMT. He was glowing with pride, and empathy, as he described some of the elderly people he had needed to assist, and some of the traumatic situations he had witnessed. I couldn't help but be in awe of his sense of empathy, the joy it gave him to help people in distress, and his fearlessness in assisting in situations that would have been so difficult for most people to endure. He showed a genuine sense of pride, caring, honor, and strength in being of service, and really caring about helping people in distress. He came off to me as a conscientious and loving young man with his whole future in front of him. I remember feeling so proud of him and getting the sense that he was meant to make a real difference in the world and that there was greatness in his future.

I watched Julian grow up from a toddler who always amazed the adults by how skilled he was at putting together enormous Lego sets, and methodically and with intense dedication, created amazing constructions designed on his own. Later he became a high-schooler who spent hours reading everything he could get his hands on about the world and about science and technology. He spoke with such advanced eloquence and genius about very complex philosophical, scientific, engineering, and mathematical subjects, with a genuine sense of wonder, awe, and fascination.  And all of this was always with an open mind to anything anyone else had to contribute, being a good listener, and giving value to what others had to say. In addition, he expressd great concern for the environment, and for humanity. I remember thinking, "he could be our next Mark Zuckerberg".

When I found out about what Julian had done, and what he had been charged with, I felt shock and sadness. I thought "this could not be Julian, they must have the wrong person". I would never have expected this behavior from him, it sounded other-worldly to me. It has been so difficult to remain in contact with him since he has been incarcerated. But the Julian I know must be so regretful, sad, and embarassed about what he has done, and I am sure he is ashamed. I can only believe that he must have been in some kind of pain, or a distraught mental state to have behaved in that manner. It is completely out of his usual character that I have witnessed.

Julian is a resilient, responsible, caring, empathetic, and brilliant young man who, if set free, will make amazing contributions to society, humanity and the good of our world. He has so much to offer and should be given a chance at the bright future he is more than capable of having and giving.

I ask that you take these words into account when making your decision, and allow Julian to contribute to the work=ld as he was meant to.

Respectfully,

Laura Delano Duncan

20 November, 2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Honorable Judge Woodlock,

I am writing to urge you to show leniency in the sentencing of my cousin, Julian Field, on his kidnapping charge. I have known Julian all his life - we share a great-grandmother and by many metrics we are distantly related, but he and his mother, Rachel, are an important part of my family. We are just a few years apart in age, and we grew up celebrating holidays together, playing Pictionary late into the night, comparing notes on favorite books, and adventuring to the science museum and the aquarium.

Julian has always shown extraordinary empathy, creativity, and intelligence. I admire Julian's ability to connect with anyone, and his capacity for kindness toward loved ones and strangers alike. We have shared meals and laughter at countless gatherings, and his presence in our family spaces is missed greatly.

I have no doubt that Julian feels deep remorse for his actions, which were a response to a uniquely dark and traumatic moment of his life, and which do not reflect his true nature. He will always feel the weight of these decisions, and will always hold himself accountable in his day-to-day experience. I have never doubted the strength of Julian's character, and I know he will move forward with a renewed commitment to integrity, humanity, and responsibility.

Julian has so much to offer the world if given the opportunity, and I hope you see this potential in him. Please be as lenient as you can be in his sentencing. Thank you for taking the time to consider my perspective.

Respectfully,

Evan Delano
Librarian, Town of East Longmeadow, MA
evan.delano@eastlongmeadowma.gov
60 Center Square
East Longmeadow, MA 01028

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

November 22, 2020

Dear Judge Woodlock,

I am a family friend of Julian Field and have known him since my son and I met him and his mother in 2008 when he was 13 years old. I live in Arlington MA and work with the art community in my area.

Over the years I have spent time with Julian and seen him grow into an engaging young adult.  Julian values learning and has always been able to relate to people of all ages sharing his feelings and opinions.  I was not surprised to hear from his mother that during his years at UMass Amherst he took time to care for an elderly friend of his family helping with her daily needs.

You can imagine my surprise one night seeing Julian on the 11pm news.  I know the crime he has committed is a serious one and that the time he has spent in the detention center these last 2 years have given him the opportunity to reflect on his actions. I know he regrets what he has done. I have been writing letters to Julian at the detention center sharing my travels and talking about the art that I create.  Since he loves to read, I hoped the distraction of receiving letters would bring him joy. The letters he writes me have great attention to detail and it has been important to me to stay in touch.

I have confidence that Julian will continue his education and no matter what he decides to do with his future he will have a positive impact on society.  Julian has a lot to offer and the sooner he is released and can work on successfully reentering society, the sooner he can do so.

Sincerely,


Laurie Bogdan
22 Elmhurst Road
Arlington, MA 02474

Martha Siegel

Marthasmusicstudio.com

296 16th Street

Brooklyn, NY 11215

718 965-3916

November 16, 2020

Honorable Senior District Judge Douglas P. Woodlock

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

Honorable Judge Woodlock,

   This letter is in support of Julian Field.  I have known Julian since before his birth.  His mother, Rachel Field, and I, have known each other since 1973 when we were roommates in Brooklyn, NY, and we have remained close all these years.  I met Julian for the first time when he was a few weeks old and fell in love with him from that moment.

   When Rachel moved up to the Boston area and I remained in Brooklyn, we continued our friendship.  I am a cello teacher, teaching from home and at the United Nations International School (since 1973).

   From toddlerhood on, Julian always has impressed me with his intelligence, enthusiasm, creativity, learnedness, generosity and warmth.  I was so happy for Julian when he was accepted at the Philips Exeter Academy, and so impressed when he became an EMT, and got his National as well as State certification.  I was also impressed when, as a 21year old young man he chose to work for a very old woman with dementia, taking care of her, hired by her daughters.  This has shown how caring Julian is for others. I have never questioned that quality.

   I know the seriousness of the crime Julian committed. When Rachel informed me about what had happened, I knew it was not the real, true Julian because it was totally uncharacteristic of the Julian I knew, up to that time.

   I also know how Julian regrets and seeks forgiveness for what he did that day which was out of complete and utter desperation and a feeling of ultimate hopelessness.

   I have really missed seeing and interacting with Julian since his incarceration.  On my visits to Bedford, or their visits to Brooklyn to visit me and my 2 sons, we always had a wonderful time.  Since his detention, Julian

and I have corresponded numerous times and his letters are full of appreciation for my writing.  I have tried to be encouraging, but it has been very difficult.  I also contributed to his book library, for which he has shown great appreciation.

   My deepest hopes for Julian are that he receives a very lenient sentence, in a restorative institution where he would be a patient, not a criminal.  In my eyes, he is NOT a criminal. He is not a violent person!  He had one incident in which he was out of control.  He needs to be with understanding, supportive doctors, therapists who can help him navigate a **path to wellness**.                   Eventually, once he has become stable with appropriate medications available to people who have bi-polar disorder and various other mental illnesses and can negotiate the real world, he should become what he was meant to become-a productive member of his community!  He should have the opportunity to finish his education in the field of his choosing, possibly in a field that helps others get through similar things that he has gone through.

   Thank you for reading my letter. I hope it will help to convince you to give my friend Julian Field a second chance to redeem himself.


        Respectfully,

        *Martha Siegel*

M G H      H E A L T H C A R E      C E N T E R      •      R E V E R E
*Massachusetts General Hospital*

Honorable Senior District Judge Douglas P.Woodcock
John Joseph Moakley U.S. Courthouse, Boston MA 02210

February 12,2021

Honorable Judge Woodcock

I am writing to you as the Board Certified Child and Adolescent psychiatrist who treated Julian Field of Bedford Massachusetts at the Eliot Center in Concord Massachusetts when he attended Bedford Public schools, Newton Country Day school, Phillips Academy Exeter, Bedford High School and University of Massachusetts, Amherst. I have been kept informed by his mother Rachel Field of Julian Field's subsequent treatment at McLean Hospital's inpatient and outpatient programs for his severe and persistent mental illness-Bipolar Disorder, ADHD and his problems associated with alcohol use disorder and substance use disorder.

I treated Julian for his anxiety and for his ADHD as a child and adolescent. He excelled academically  at Newton Country Day school and was accepted on full scholarship at Phillips Academy Exeter. His impulsivity and nonadherence to medications led to his leaving Exeter and returning to the Bedford High School As he grew older, he received a diagnosis of bipolar disorder and had a positive response to Lithium at the McLean Hospital. When he takes his medications, his mood dysregulation subsides and he functions well in the community. He is a kind caring and intelligent young man who has much to contribute to the community. Particularly impressive, was his work as a carer for an elderly professor at UMass Amherst. He did well in this role on till she was transferred to a nursing care facility.  Julian has now been incarcerated for two years and remains in frequent contact with his mother who shares his intellectual interests in literature and self-development.

At the Massachusetts General Hospital, where I am a member of the medical staff, I continue to treat patients who suffer from severe and persistent mental illness and who have been incarcerated  in the state and federal systems and who do well on parole. I have worked for many years in community mental health settings including Massachusetts District Court clinics in Lowell and Cambridge, Houses of Correction and Massachusetts DYS facilities. I have seen great success with the parole system which enables patients adhere to their treatment regimen and avoid antisocial behaviors. I believe Julian would also do well in a parole setting.

Yours sincerely

Michael Desmond Murphy MD MPH

ABPN Board Certified in Psychiatry,
ABPN Board certified inChild and Adolescent Psychiatry,
Board Certified in Addiction Medicine, American Board of Preventive Medicine

Toni H. Field, MD
Board Certified, Internal Medicine
411 West End Ave., #2A
New York, NY 10024
Tel: 212-873-3213;  917-363-1513
tfieldmd@hotmail.com

November 17, 2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Woodlock,

This letter is regarding Julian Field, my nephew, whom I have known since his birth.  From a very early age it was evident that Julian was an extremely intelligent and gifted child.  These traits manifested themselves by his verbal ability, his talent for spatial relations (e.g. puzzle solving), the questions he asked, the books he devoured, his ability to understand abstract concepts, et al.

During the family time we spent together his ability to show concern and compassion for others beginning at an early age was obvious:  for example, his thoughtful intervention on the playground when an older child was bullying a younger one;  his patience when my son, his older cousin, who has various learning and other disabilities, had difficulty performing a task;  and his sense of fairness when interacting with peers.

During his middle and high school years Julian excelled in school, won several awards, was chosen for special science projects, and showed broad interests in the arts, architecture, languages, literature, science, and medicine.  He was taking college level courses during high school.  During his college years he obtained his EMT certification and worked briefly at an ambulance company.  At the same time he began working (part time) as a caretaker for an elderly family friend with evolving dementia who needed increasing assistance with daily activities.  He also volunteered in the care of the father of his closest childhood friend who had developed the incurable disease ALS.

Julian had entered college with aspirations of possibly becoming an architect or a doctor.  However, over the next 4 or 5 years he dropped in and out of college, held several short-term jobs, changed majors several times, was often at loose ends, and had difficulty concentrating on his studies.  In those 4 or 5 years he only completed several years' worth of college credits.

As a Primary Care / Internal Medicine physician with over 40 years in clinical practice, it became apparent to me over several years that something was wrong;  that Julian was not on a straight trajectory.  I realized that the explanation for Julian's inconsistent development and tortuous trajectory must be a psychological disorder, possibly compounded by substance abuse.  When I learned that, after a long period which included repeated psychiatric crises and various inaccurate diagnoses, he had finally received the diagnosis of bipolar disorder, it seemed to solve the puzzle of his "lost" years.  And, indeed, when he was started on the appropriate medication he improved dramatically, both by his own as well as by objective evaluations.

After the shock of learning of his arrest for the extremely serious charges he is facing, I have had the opportunity to correspond and speak with Julian several times.  I believe that the remorse he shows for his actions is genuine and profound.  The long letter he wrote me while under detention shows contrition and regret for the suffering he caused not only his victim but his mother, his close family, and his friends.  But it also reveals a  young man in dire need of professional help.  The crime he committed occurred shortly after he had abruptly stopped taking his medications and had spiraled down into a profound and, from my understanding, psychotic depression.

As a physician, I implore you to consider the critical importance to his wellbeing and rehabilitation that he have access to the intensive ongoing psychiatric care, medical monitoring, and substance abuse treatment that he needs in order to help him reach his full potential and return to the productive and responsible member of society he once was.  In that regard I urge you toward leniency in his sentencing in order that he may begin definitive treatment at the earliest possible date, before the harsh environment of the penal system has irreparably damaged him and diminished his chances of rehabilitation.

Respectfully yours,

Toni H. Field, MD
November 17, 2020

Bernard Goldschmidt, PhD
Retired Associate Professor of Environmental Health Science,
NYU Medical Center
556 Tenth St.
Brooklyn, New York 11215
Tel:  646-335-3132
Email:  bgoldm@hotmail.com

November 17, 2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock:

I am married to Dr. Toni Field, Julian Field's aunt.  I live in NYC and am a retired scientist. I spent 35 years doing research and teaching at NYU Medical Center.

Julian and his mother and my wife and I spent some Summer weekends vacationing together in Long Island; that's where I got to know Julian. He was ( and is ) a thoughtful and kind young man. His views of the world were generous; he was not self centered as some young people are. In particular, when he learned the identity of his biological father he was quite pleased to learn that he had many half-brothers and half-sisters. He told us how he connected with some of them by e-mail and actually traveled to meet some of them. He expressed no ill will toward his biological father, although he never gave him the love and understanding that a father gives.

Julian clearly has remorse for the crime he committed, although its cause was surely related to his mental illness and his failure to adhere to his prescribed medications. I feel that his incarceration for these many months has probably helped him mature and makes it unlikely that in the future he will commit any kind of anti-social criminal act.  I urge you to act with leniency in his sentencing.

Sincerely yours,

Bernard Goldschmidt. Ph.D

November 23, 2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock,

My name is Cassandra Spadory and I am the fifth grade theater teacher as well as the fifth grade associate teacher at the Foote School in New Haven, Connecticut. In addition to working at this school I am a math and reading tutor. I have my teaching license for grades 1-6 in both Massachusetts and Connecticut and have been working at the Foote School for the past four years.

Julian Feild and I lived together in Massachusetts while we were both studying at Umass Amherst. I was at the end of my graduate program to obtain my Master's degree in elementary education, and Julian was working on his Bachelor's degree. In the eight months that we shared a home, Julian was a wonderful roommate and became a dear friend. He was respectful of my space and privacy, we had lovely intellectual conversations about various subjects, we shared laughs a plenty, and he supported me through the most traumatic event in my life.

On the night of May 31, 2014 my father was killed in a car accident. Julian came home that night and was the first person I was with after I had found out the devastating news alone. Julian stayed up with me that night; sharing silences with me, letting me cry, and allowing me to grieve. For that entire summer Julian was nothing but supportive of the loss that I had endured. Julian's selfless nature, his kind heart, and quick wit allowed for those few months before I moved back home to Connecticut to have a semblance of normalcy. I remember the day I was waiting to get picked up from our home to be taken to my father's funeral. Julian sat down in the front yard with me and told me how he didn't know his father and that he couldn't imagine what I was going through, but that he would be there for me as long as I needed him to be.

I understand the severity of what Julian is being charged with. I also know how deeply he regrets his actions and how much he has learned about himself while he has been in prison. I think about him so frequently and I constantly wish that he were just a phone call away. I know that he is a good person and I miss being able to turn to him for advice and support. We have exchanged letters and have had a few phone calls, and from those connections I have seen his growth. He is centered, he is diving into literature, paying attention to his body by eating right and working out, and he takes time to reflect upon what he did. It breaks my heart to think about what he is enduring, but I want to be as supportive of Julian as he was of me when I needed it most. He is a very bright individual, he values his friendships immensely, and deserves to be able to have a new life.

My hope for Julian is that he will be able to start over. That he will rise above what has happened and move forward in a positive and successful way. Julian will always hold a special place in my heart. He is the person who helped me through the worst night of my life, but also the person who helped me survive a summer that I truly didn't know how to get through.

I ask that you, honorable Judge Woodlock, will please take this all into consideration and show leniency toward a friend whom I love, Julian Field.

Respectfully,

Cassandra Spadory
103 Morgan Ave
East Haven, CT, 06512

DocuSign Envelope ID: 471523Z2-EGE5-4980-83E6-C51D904FA649

Alex Lawton | 40 Kinnaird St. Cambridge, MA 02139 | 781-325-6067 |
Lawton.a@northeastern.edu



## Northeastern University

11/23/2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock,

My name is Alex Lawton and I am writing to you on behalf of my deep concern and love for my dear friend, Julian Field.  The crime Julian committed was a tragic episode that unfairly involved an innocent man, much to the victim's peril.  This action resulted from a tormented soul that has battled terrible adversity.  Despite his struggles and hardships, however, Julian has been nothing but a source of joy and companionship to many of us.  I am here to explain why his action in early 2019 does not define him and in the hope that they do not unnecessarily diminish his chances of the meaningful life he will pursue after his prison sentence.

I am a second-year J.D Candidate at Northeastern University School of Law completing a part time Masters in Energy Regulation at the Vermont Law School.  Before then, I earned a BA in Environmental Studies at Northeastern with honors, completed four clean energy-related internships, and went on to work in the solar energy industry for two years where I led teams and earned promotions.  I most recently completed a three month legal internship with the Department of Public Utilities.  For all my education and professional experience, I regard Julian as one of the most bright, keen, and introspective individual's I have had the pleasure of knowing.

It was late in high school that our mutual best friend, Gabriel Imber, introduced Julian and I. I have known Gabe since I was five years old, and our friendship spans over twenty years, yet Gabe and Julian's history exceeds this.  The two were raised alongside one another in their mothers' wombs, during their infancy and into their childhoods.  Besides blood, Gabe and Julian were nothing short of brothers and have supported each other with the most profound of bonds through the challenging lives they have lived.  Julian and I grew close as we supported our friend Gabe and his family during the extremely traumatic, prolonged passing of his father due to ALS.  For over a year, a 19-year old Gabe paused his college education to nurse his ailing, atrophying father, Jon Imber.  Julian and I considered Jon as an uncle, and to see Jon suffer and Gabe endure that burden was at times unbearable to

DocuSign Envelope ID: 471523Z2-EGE5-4980-83E6-C51D90AFA649

Alex Lawton | 40 Kinnaird St. Cambridge, MA 02139 | 781-325-6067 |
Lawton.a@northeastern.edu

witness.   Jon's loss surely impacted Julian uniquely as he never had a father in his life.
During these challenging times, Julian was Gabe's light in the dark and often his sole
companion he could relate to.  Julian's deep love and compassion for his friend Gabe in the
years during and after Jon Imber's passing helped Gabe get through a truly horrid time.
Julian was truly a worthy friend in Gabe's darkest hour.  He was always there to listen,
console, and cheer Gabe up.

Julian is the sort of guy who can change your mood in a flash with a signature witty remark,
an astute or obscure observation, or a joke that you feel deep in your belly.  His knowledge
of art, music, and literature are encyclopedic and never fail to impress me.  His vocabulary,
articulateness, and literary references and insight always leave me in awe and have
inspired me to read many of the great authors that I would not otherwise have explored:
Philip Roth, George Orwell, and Haruki Murakami to name a few.  His veracity for reading
and ability to absorb knowledge continue to impress me.  I have always felt strongly that
Julian is capable of accomplishing anything he could sets his mind to because of these
attributes.  His humble nature, light-heartedness, and the empathy he exhibits for others
endears himself to his friends and family.  I personally enjoy many memories exploring
music, film, and literature in the company of Julian.  He has influenced my appreciation for
art of all forms and inspired a greater intellectual curiosity in me.

The day before his crime, Julian and I went for a walk across Walden Pond on a crisp and
clear winter's day.  We shared updates and talked as friends do as we crossed the frozen
ice, confiding in one another about life's matters.  Despite the depression I could see eating
away at him, this was still a man with plenty to live for and love to give.  After years battling
severe mental illness, Julian stopped taking a prescribed medication—a drug that gave him
extreme side-affects—the following day.  This left him in a manic and uninhibited state
where briefly, he was beside himself and went on to commit a serious crime.

My heart still hurts for the fear and trauma Julian inflicted on the victim of the episode.  His
action was unacceptable, abhorrent, and yet, completely out of character.  The contrast of
Julian's action and character are of the starkest nature.  This has made it particularly
difficult for me to accept that he will not have a normal life for many years as he serves his
time.  Julian has clearly expressed to me his deepest remorse for his crimes and their
impact.  As the most self-aware person I have ever met, he has been able to deeply reflect
on the harm of his action.  He knows that despite many external factors exacerbated his
mental illness and state of despair that, ultimately, he and he alone is responsible for his
action and must act accordingly by serving the time he is sentenced to.  Despite this
realization, Julian is determined to continue educating himself, living a healthy lifestyle, and
maintaining his relationships.  We all wish dearly that he has the opportunity to pursue
such a life outside of prison as soon as possible.

Julian's character, intellect, and potential for redemption are why I implore you to consider
the length and extent of Julian's sentencing.  I have complete faith that Julian can live a
responsible, fulfilling, and productive life if he is given the chance.  Furthermore, his

Alex Lawton | 40 Kinnaird St. Cambridge, MA 02139 | 781-325-6067 |
Lawton.a@northeastern.edu

presence and spirit are of the utmost importance to many people, and each day his absence continues is sorely met with an anguish analogous to losing a loved one.  Please consider leniency in Julian's sentencing when his crime is weighed against the important relationships he has formed, his kind compassionate nature, and the potential he possesses.

Respectfully,

Alex Lawton

DocuSigned by:

*Alex Lawton*

B3C103732341459...

**1427 Commonwealth Avenue, #401, Brighton, MA 02135**

Hon. Douglas P. Woodlock
Senior District Judge
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210                                                    November 20, 2020

Dear Judge Woodlock:

As an almost-lifelong friend of the family of Julian Field, whose case is scheduled to come before you on December 7, I'm writing to convey more details about his character and circumstances than court records can show, in the hope of a compassionate ruling. In spite of the gravity of the charges—of which I am fully aware—please consider handing down a sentence that would enable his rehabilitation.

Julian Field's grandmother and my favorite aunt were neighbors. As a teenager, I admired Mrs. Field's intelligence, idealism, and care for others in the community. When my aunt died, she consoled me and became a mentor to me. Julian's mother and I met as children and became friends in adulthood. Both of us lived in other countries, learned other languages and cultures, produced creative work and advocated for justice and democracy—but at the expense of our personal lives. I wanted but did not dare to do what Rachel Field did: she became a single mother by choice in her 40s, raising Julian without the support of a partner or public services. At the time, that was unusual.

It was clear to me that Julian, an extremely sensitive little boy, found it difficult to be "different," even with friends nearby and, eventually, a community's acceptance and encouragement. He was always sweet, gentle and thoughtful with others. He was brought up to be cooperative, not competitive. I suspect he was teased and/or bullied at school for not being "tough" enough. As a scholarship student in prep school, he tried to fit in by doing whatever his peers were doing, taking risks to cover his discomfort. The result was harsh discipline, loss of his scholarship, and profound shame around setbacks.

Nonetheless, Julian tried to survive in an increasingly unstable economy, becoming a responsible adult devoted to taking care of others. He trained and worked for years as an EMT, then served as personal home aide to an elderly woman. The death of his client affected him deeply. Julian hid his grief, as men are supposed to do, self-medicating and acting out in ways he had seen only in movies--instead of asking for help. He's a troubled young man but not a hardened criminal. He deeply regrets what he did during what can only be described as a psychotic break. Since his arrest and incarceration, he has made every effort to follow rules, help others whenever possible, accept counseling, and stabilize his mental health.

In my work as a teacher, with teenagers of diverse backgrounds in three countries and adults at Harvard Extension School, I have seen many people who lost their way for lack of confidence or means, but who were able to do well when they were motivated and encouraged to try again. Having earned a master's degree at Harvard Divinity School in middle age, I know the value of bringing life experience to a new, challenging undertaking. And as an informal spiritual support person for acquaintances who abused substances and got into trouble for lawbreaking behavior, I know that recovery is possible—with appropriate help and acceptance.

If he can spend the coming years in a healing environment, Julian Field has the potential to make restitution for what he has done and resume his commitment to helping others. That would be real, restorative justice. I entreat you to take his character and context into account when sentencing, instead of imposing a harsh prison term that would destroy him in both body and mind.

Respectfully,


Jacqueline Lapidus
Co-editor, *The Widows' Handbook: Poetic Reflections on Grief and Survival* (Kent State University Press)

Jean Galowitz
Montessori Elementary Teacher
115 Whiting Lane
West Hartford, CT 06119

November 21, 2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock,

Julian Field is my cousin through marriage; an age mate of my own two children. I have memories of pre-school aged Julian flying kites with my children that they had made in the Montshire Museum of Science during a visit to Dartmouth College. I have memories of playing word games with Julian at family gatherings and visits. He and his mother, Rachel were regular guests at our Thanksgiving dinners. When our daughter, Evan, was looking at colleges in the Boston area, Julian and his mother graciously hosted us. Julian went out of his way to help us feel welcome and comfortable, joining us in a game of "Pictionary" and talking well into the night. The last time I saw Julian, I was so impressed with his broad range of knowledge and his ability to discuss world affairs with intelligence and sensitivity. I watched Julian, over the years, grow into a bright, inquisitive, engaging, respectful and caring young adult.

Something went horribly wrong for Julian in early 2019. When Rachel told us of the series of events that took place, of the crime that he pled guilty to, it all sounded completely out of character. Clearly he made terrible, dangerous mistakes. I imagine that he is tormented by that thought every day.

I am writing to beg that you treat Julian with leniency at his sentencing hearing. His crime was serious and wrong, but it would be heartbreaking to see him pay for it with years behind bars. I have no doubt that if he gets the support he needs to overcome the mental anguish that led him to commit the crime, his very impressive inner character will shine.

Respectfully,

*Jean Galowitz*

Jean Galowitz

Julia Irene Duncan, Graphics and Production Artist,
Rex Glass & Mirror Co. Inc., Pittsburgh, PA
306 Lebanon Manor Drive, West Mifflin, PA 15122

November 22, 2020

Honorable Senior District Judge
Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Woodlock,

I call Julian my cousin, though technically his grandmother is my grandmother's cousin. I always have felt kindred to Julian because of our time growing up together- we are the same age and both only-children. Not to mention our names are only a letter off- mine is Julia. Some of my fondest childhood memories are of our time spent together at his grandfather's home in Long Island, collecting rocks, playing with spin-tops, donning slimy seaweed as fancy hair-dos at the shore.

I am a 2016 graduate of Alfred University with a degree in Interdisciplinary Art, which has led me to success as the in-house artist at a local but growing company in Pittsburgh, PA. Before this, I worked within my other passion- as an adoption counselor at an animal shelter for two years. I currently live here with my partner of 7 years in our new house with our two canine adoptees. Pre-University, I lived in a New Jersey suburb, close to NYC with my parents, who would coordinate often with Rachel, Julian's mom, to plan family visits throughout our upbringing.

I remember distinctly a time- we must have been about 10 years old, when we were having dinner at their home in Bedford and Julian began discussing some of his recent reading on some sort of neuroscientific phenomena. This moment was striking to me, because up until that point I knew him as my goofy, fun cousin who made me, a shy, sensitive little kid, laugh and feel included. But when I saw the looks on the faces of the adults around the table that night, I could see everyone was struck and listening intently to Julian's words. I realized in this moment that my cousin was teaching the adults, and that though I had *no* idea what he was talking about, he certainly did. I was in awe- how he could be such a silly, friendly kid and simultaneously wise beyond his years. This moment solidified to me what I had only speculated before- that his mind was special. After experiencing other moments like this as we grew up, I thought to myself at one point- 'Wow. My cousin could grow up and win a Nobel Peace Prize.'

There are many things I could talk about- Julian's time as an EMT and the passion he felt for helping people, the time he was a pillar of support to his friend whose father became gravely ill and passed away, his fierce pursuit of knowledge and truth about anything he could get his hands on. I was especially moved when I found out about the time he spent devotedly helping an elderly woman in need. I remember learning about his diligence in visiting her as often as possible, making sure she was comfortable and well-cared for. Julian is a unique blend of both being extremely intellectually brilliant, but also distinctly emotionally intelligent. He has a great empathy for people, and often will put others before himself.

It was around the time of Julian's incarceration that I was hoping to reconnect with several family members, and he was at the top of my list. My partner and I had just moved to Pittsburgh, where among other things, I had recently witnessed my partner held at gunpoint, found out about the passing of my childhood friend. I was going through a hard time of my own and was feeling a great longing for family; the good people in my life whom with I'd lost touch in recent years. So when I found out about Julian's situation, suffice to say I was profoundly heartbroken. I look forward to the time when he can visit us in our new house, meet our dogs, and become more solidly a part of our lives.

What I've described above- this is the Julian I know. So you can understand that I was in utter shock and disbelief when I found out what he had done, and I thought—there has to be a mistake, some part of this must be untrue—sweet, smart, goofy Julian would never do something so harmful and scary to another person. He is one of the most caring people I know. But—I know the truth is that he did do this. I can't imagine how deeply regretful and ashamed he must be of his actions, knowing how much he cares for people and the good of humanity. Julian in his right mind, would never endanger another soul. I am terribly saddened by this situation; to know not only what fear and worry his actions caused to others, but the pain and inner turmoil he must have been experiencing to ever be moved to do something so dangerous. While it has been difficult to contact him personally in the time since his incarceration, I am certain he is deeply heartbroken too. Knowing his strong-willed and empathetic nature, I know that he would strive to be better, to focus on making improvements to not only his own life, but those of others, and most importantly, to ensure nothing like this ever happens again.

I still think Julian is a person who will do great things. I think he is a person who will contribute to society in profoundly positive and unique ways that no one else could. I plead that his bright, compassionate, and innovative nature be considered in the decision made in terms of his sentence. I do hope you take into account how regretful and remorseful he is of his actions, and that through the support he has, you will see the type of person he has been outside of this incident, the honorable things he has done, and that he is someone who should be given the chance at a brighter future.

Sincerely,

Julia Irene Duncan

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Woodlock,

I met Julian my sophomore year of high school at Phillips Exeter Academy. Julian had just started as a freshman, and I was close friends with one of the boys who lived in his dorm. Although we spent time together at Exeter and were friendly, it was not until many years later that he would become one of my best friends.

After graduating from Exeter, I received my bachelor's degree from Trinity College in Hartford, Connecticut. I graduated early and spent about a year living and working in Hartford, after which I moved to New York City and began work at a financial services company, where I am still employed, today. It was not until I lived in New York that Julian and I reconnected and our friendship truly blossomed.

Much of our initial friendship was conducted over the internet. It had been a while since either of us had seen the other, but it turned out that in the interim we had developed a lot of the same tastes, be they for music, art, culture, certain authors or philosophy. When we first reconnected, Julian was living in western Massachusetts working as an in-home aide for elderly and disabled people, and we also bonded over what life was like in the western Massachusetts/central Connecticut area – the smaller towns, the greater distances between destinations, the general slower pace of life. I remember telling him that I was surprised he was an in-home aide, not because I thought he did not possess the compassion necessary for the job, but because I myself found it so hard to imagine doing something like that several days per week. Julian told me that he enjoyed it greatly, and that although there were stretches of dullness or moments of ugliness as is the case in any job that deals with people each day, there were also times of great enjoyment. Occasionally he'd have an enlightening conversation with an elderly patient or be able to glimpse the genuine gratitude of someone he was assisting, and he said that this helped carry him through some of the harder parts of the job. It showed me Julian's sincere awareness of and care for other people.

As I mentioned earlier, Julian had a mutual love of music and culture, and so I invited him to come spend the weekend at my apartment in New York, so that we could see an artist who was in town for a show. That was one of the first times he and I had spent time together since high school, and I will always remember it as a fulfilling whirlwind of a weekend. Not only did we go see the intended show, we also went back to a secret after-party show that evening at a different location, which remains one my most exhilarating and fond memories of living in New York City. Beyond this, however, we spoke about philosophy and books, Julian having brought some to leave with

me, that I might be able to read them and return them later. I was able to bring him to many of the restaurants and venues that I'd told him about over the phone, and he was able to show me art that he discovered while at home in Western Massachusetts. Even now, we still discuss literature and philosophy, and I send him books that we can read in tandem.

What struck me then and continues to be impressed upon me now as I reflect on the time I've spent with Julian, is his perennial dissatisfaction with the world around him. He is constantly trying to learn and understand as much about the world as he can, be it through literature or lived experience. He knows there must be a deeper meaning, and he would never settle until he had discovered it. I miss most his curiosity and willingness to shirk societal norms – his nature as a rebel.

I am aware of what Julian is being charged with and the severity of those charges. I also know that Julian is one of the smartest people I've ever met, and that, despite these charges, he will continue to change and improve as a person. I've often told him I think he should become an academic, and I hope he seriously considers this going forward. Despite all he's learned, I know he won't be satisfied by it, but I also have firsthand experience at seeing how effective he can be at sharing that knowledge with others. I have only every known Julian to bring joy and do good in the world, and I can't wait for him to have the opportunity again.

I would ask that you please take everything I've written here into account, and that you show leniency towards Julian when sentencing him. He is one of my best friends, and I care for him very much and love him dearly.

Sincerely,

Nathan Elkin
325 Kent Ave
Apt 371
Brooklyn, NY 11249

November 21, 2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Woodlock,

We are writing on behalf of Julian Field, whom we have known since he was about age five.  We first met Julian and his family through our common membership in the Unitarian Universalist Church in Bedford, MA.  Julian is the same age as one of our daughters and our families found we had common interests in social action.  We often would meet at church events, as well as outside of church activities.

As a bit of background on us, I attended graduate school through the Civil Engineering Department at the Massachusetts Institute of Technology.  I met my husband, Sandy, through common friends as he had recently finished his graduate thesis at MIT in electrical engineering.  I have had two primary careers - in environmental economics with Abt Associates and subsequently as a math teacher with Buckingham Browne & Nichols.  Sandy has worked with a number of leading-edge technology companies and currently is employed with MIT's Lincoln Labs.  We have lived in Bedford - less than a mile from Julian's childhood home - for 27 years.

Julian was always a lively and cheerful presence in our daughters' network of friends.  He was eager to join in to make events successful, whether he was helping to prepare for Religious Education classes or cooking food for a potluck dinner.  Most notably to me, Julian has a bright curiosity.  He is well-informed and deeply reflective on a wide range of topics and always hungry to learn more.  He has an insatiable appetite for philosophical discussions and great aspirations for being a force for justice and positivity in the world.  He is able to connect with and engage people of all ages.

It is that much more painful for those who care for him, such as us - and I imagine for himself - that he confronts these serious charges.  Though he has strayed far from the path we all imagined for him, we know that Julian maintains those qualities most fundamental to him - his intellectual curiosity, his depth of concern for the wide range of human conditions in the world, and his desire to make the world a better place.

Sometimes people burn too brightly, too fast.  It is my hope and belief that Julian can use his substantial gifts to, step-by-step, rebuild his foundation.  I imagine him using the difficulties he has faced to further deepen his empathy and recommit to making the most of his abilities.  Julian is exceptionally blessed, and has been exceptionally humbled.  I ask that you show him leniency so that he may yet find his proper place in the world.

Respectfully,


Randi Currier

David Sanborn Currier

265 Davis Road
Bedford, MA 01730

Honorable Senior District Judge Douglas P. Woodlock

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachussetts 02210


Honorable Judge Woodlock,

I have known Julian Field  for around 8 years now – most of my adult life.  He has an incredible presence in the spaces that he is a part of.  He is more often than not the smartest kid in the room and has inspired me to focus more on academics, art, literature, and the pursuit of what it means to be a dynamic and productive member of the community. This seems effortless for Julian. Despite the severity of the charges against him, it would be an enormous disservice to his peers and the spaces he frequents to keep Julian out of the picture.

For what its worth, I know Julian spent some years as an EMT.  While he was serving, there wasn't the same "hero" rhetoric around our healthcare workers as there is today but Julian definitely embodies these caring, empathetic, selfless, and caregiving qualities.  These same qualities transfer into any situation.  When our friends have all gotten together in the past, Julian would always ask questions, not just to make conversation, but because he genuinely cares about others, where they're coming from and where they're going.  I would describe our relationship as a sculpture in progress.  The potential for growth is remarkable and ever evolving, but it needs care, attention, and love.  Julian is not only interested in building something of his life, he also has the potential to make something beautiful and awe-inspiring – something innovative, and most importantly, something shared.

Julian is a kind man with potential to better the lives of others in special and unique ways.  In the same way I think he needs his community to be the person we know he can be.  Julian is the kind of thinker that people write about at the end of a generation.  And I don't mean to be dramatic – I paint abstract paintings for a living in New York City, and every time we've gotten into discussions about art of all forms, Julian has taken it one step further and always leaves me with surprise and wonder.  He is a dear friend and I believe he deserves a second chance.  Julian deserves an opportunity to prove his worth to himself and to the community – I believe we owe it to Julian, to let him become the best version of himself.

Thank you very much for your time in reading this.

Be safe this holiday season.

Respectfully,
Alexandre (Sacha) Zabotin
Artist
62 18th Street, Brooklyn, NY
Monday, November 23, 2020



Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Woodlock,

     I am writing this in overwhelming support of my dear friend, Julian Field.  My name is Stephen Schirch; I am a 26-year-old analytical chemist currently working at Primera Analytical Solutions Corp. and residing in Princeton, NJ.  I first met Julian while earning my Bachelors of Science in Biochemistry at Northeastern University in Boston, MA.  We had been introduced through a series of mutual friends, but quickly became close.  I first noted how intelligent and creative Julian is – he holds on to a beautifully unique perspective that allowed him to once navigate a tumultuous world with excitement and grace.  We quickly became close friends and bonded over a wide variety of topics, from art and music to politics and the advancements in the scientific fields where we shared common interest.  One of my fondest memories of Julian was how he helped welcome me into his group of peers and assisted in my acclimation into this new, diverse, and talented social group – he was incredibly accommodating in this way, always eager to make his friends, new and old, feel confident and comfortable.  I was constantly shown what I believe to be Julian's brightest side, the side of him that is deeply caring, thoughtful, and generous, throughout our friendship.

     Julian's absence has taken a great toll on myself and rest of his friends and family.  Julian always had a way of introducing those around him to new ideas and entire modalities of thinking, and this refreshing, perspective-challenging trait is what I miss the most.  With all of this said, I understand that this absence has proved to be necessary.  The severity of Julian's actions is not lost on me, or any of his closest acquaintances, and I know that he is taking advantage of this opportunity to reflect on the gravity of his actions.  While Julian's actions cannot and should not be overlooked or understated, I believe that in the upcoming sentencing decisions, neither can his character.  He has brought joy and goodness to many people, and while there is no way of defending what he has done, I plead that we not forget this goodness.

     I have many hopes for Julian.  I hope that in the near future he will be able to return to his friends and family changed for the better by rehabilitation.  I hope that his glowing personality, perspective, and unique intelligence will not be dulled or lost forever.  Mostly though, I hope to see what he will accomplish with all the gifts and opportunities he's been given.  Thank you for your time, Honorable Judge Woodlock.

Respectfully,

*[signature]*

11/23/2020
Stephen A. Schirch
1201 Schindler Dr.
Monmouth Junction, NJ
08852

Honorable Senior District Judge Douglas P. Woodlock                          November 19, 2020
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


Honorable Judge Woodlock,

Thank you in advance for taking the time to review this letter. I am writing to shed light on the character of Julian Field, who has been a dear friend of mine since we met in Amherst, Massachusetts in 2013.

My name is Daniel Recalde, I am a graduate of Amherst College and am now based in London after having recently completed a master's degree in Finance & Accounting at the business school of Imperial College London. I will be returning to the United States next year to work as a strategic consultant at GRAPH Strategy in Washington D.C. I had the privilege of meeting Julian while I was a student at Amherst College and he was enrolled at the University of Massachusetts.

I fully recognize the severity of the crime to which Julian has pleaded guilty, and it saddened me deeply to learn of his actions. While I am in no position to pass judgement, I hope my words herein will be of value to you in understanding who Julian is as a man and a friend.

I met Julian through is childhood friend, Tyler Baldwin, who was my roommate at Amherst. Julian was personable and gregarious, quickly showing interest in getting to know me from the first moment we met. He is an extremely creative and well-read young man, and we were soon discussing Japanese art & Buddhism (topics that I was studying at the time). When I wrote a thesis on these topics several years later, Julian was the one to help me formalize my ideas. He spent many nights in the library with me researching and uncovering new material, and I could not have completed my thesis without his support and encouragement.

Given that Julian's university was a stone's throw from my college, he became a regular on our campus, enjoying Amherst's neatly manicured lawns and drawn to the school's diverse student body. When I rented an apartment as a college junior, Julian became a much-welcomed guest who would stay with me for days at a time. We grew close and he would also come with me to visit my mother and sister in Woodbridge, Connecticut. My sister, Katrina, had Down's Syndrome. Many times, upon meeting Katrina and being faced with her disability, our guests would change their manner of speech, addressing her as one would a small child. But Julian never thought to do this and would always speak to my sister as he would to anyone—with compassion, curiosity, and a desire to find common ground. We could leave Katrina and Julian to chat or walk the dog together and feel happy to know that they were enjoying each other's company. Through simple kind actions like these he made my mother and sister incredibly happy, and he will always be loved in my household.

Since Julian has been in custody, I've felt immense sadness towards his absence in my life and that of all of his friends. In a moment of desperation, he altered his life course, and that has been

a terrible thought to reckon with. I miss him as a loving friend and confidant, and I can't imagine the pain and regret he must now confront every day as he reflects on his actions.

Given his interest in spirituality and is natural tendency for self-improvement, the time Julian has in confinement has been and will continue to be immensely transformative. I hope that when he returns to us, Julian will have the opportunity to rekindle the sense of joy in life that possessed him when we first met. His kindness and strength of character may be difficult to see now in light of his crimes, but he has much left to offer to this world. With care he can heal and grow, and I beg that you look to see the light in him. For every ounce of leniency that is extended to Julian in his sentencing, he will return the kindness by offering his love and generosity to those who he cares for and who care for him.

I thank you in advance for your service and consideration of this account.

Respectfully,

Daniel Caribe Recalde

Flat 3, Rotunda Building
Upper Hampstead Walk
NW31DE, London
United Kingdom
+44 07931 720716

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Subject: Support Letter for Julian Field
November 22, 2020

Dear Honorable Judge Woodlock,

Julian Field is a good friend of mine whom I met through my friend Gabriel Imber. Julian and Gabriel grew up together and were very close from a young age. Naturally, when I met Gabriel in 2012 at the beginning of our studies at Bates College, soon after I met Julian. From my first time meeting Julian, I was immediately drawn to him as a friend. He has a deeply humble and authentic way of speaking and writing.

I was pursuing oceanography when I first met Julian. Now I work for the Ocean Exploration Trust as the Science Manager on E/V Nautilus, and in partnership with Dr. Robert Ballard, we are developing new public engagement spaces for oceanic imagination and education. Throughout the steps in my life from college to graduate school to pursuing my career, Julian and I have been in touch closely. Julian is one of the most brilliant and generous people I know.

Julian has a way of empathizing with people while also recognizing the reality of the singular experience of life. I have so many memories of conversations with Julian across the last 7 years or so. Julian has been tremendously supportive of me. He has been there to talk about difficulties in love and life. When I have been uncertain of what I wanted to pursue, Julian has listened carefully to me and offered ideas and given me space to talk through my thoughts. He is a sensitive person who is self-aware. I remember seeing him regularly while living in Cambridge, MA, in 2017. As we were getting older, Julian never stopped pursuing opportunities to learn. Out of all my friends, Julian is the person I feel as though I can regularly speak deeply about literature, theory, and expression.

One can tell that pursuing education and supporting people is something incredibly important to Julian. I was the first of Julian's friends to visit him at The Donald W. Wyatt Detention Facility. I was living in Providence at the time for graduate school, so I was able to come visit and talk with Julian multiple times.

I fully acknowledge the gravity of the crime that Julian has committed, confessed to, and plead guilty. He has profoundly regretted his actions and is immensely sorry for what he did. I see Julian as a person who wants to pursue what is good, learn, and support people. He wants to heal and continue to grow as a person. His absence has affected me deeply, I miss Julian and I want the world for him.

Currently, I live in Paris, France. Julian and I write to each other at a minimum weekly and sometimes daily. We have read books separately and written or talked to each other about them, we discuss our lives and where we hope to be in the future, and he continues to listen to me and support me. My year has been full of challenges including multiple surgeries and the added difficulties of COVID-19, Julian has always been there for me throughout his time in Wyatt. Julian has enriched my life and opened my mind. He has expressed dreams of living in an old farmhouse, fixing things up, being supportive to people, and having a lot of books to read. One of Julian's past jobs was caring for an elderly woman, whom was very fond of him. He is a gentle caring person with friends and other people. I know Julian hopes to continue being supportive to people in whatever he decides to pursue.

Julian has tremendous potential. To me, he is and never has been defined by one action. I fully understand the severity of a single action and the gravity of crime, but I hope you can take in all of whom Julian is into account and show leniency towards him. He has been acting with love and kindness to many people over many years. He has a network of friends and family who miss him and care about the entirety of Julian.

Respectfully,

Megan Lubetkin

M.S. Oceanography
E/V Nautilus Science Manager
Creative Exhibits and DEEPSEAspace Liaison
Ocean Exploration Trust

# KYLE ZOLLO-VENECEK

kylezollo@gmail.com ~ (603)724-3829

9 Brisas Del Verde
Rio Grande, PR 00745
21 November 2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Honorable Judge Woodlock,**

I am writing to you today as a friend of Julian Field. I met Julian at Bates College when a friend introduced us. His endearing nature caused us to become fast friends. We consequently spent a great deal of time together while I was in New England. I have nothing but great memories with Julian from our early adulthood days. As a very charismatic person, he was always easy to get along with and fun to be around. His humble intelligence constantly astounded me. He forced me to look at the world differently and despite the fact that we attended different schools, I think of him as someone who constantly challenged me intellectually.

For most of the time I knew Julian, I was dealing with the stresses and anxieties of entering adulthood. When I entered college, I was simply not prepared for the responsibility of running my own life. Julian related to me on this point, and questions of what we would eventually make of ourselves and our lives were never far between. When I faced my darkest moments, unenrolling from college, moving in with my parents, resigned from academia, Julian not only was a source of comfort but also of motivation. He helped guide me through dark times and eventually was pivotal in convincing me to go back to school. Back at Bates College, I was able to finish my degree in Chemistry and have since worked as a researcher in the El Yunque Rainforest in Puerto Rico. When I think back to my days of loss and confusion and appreciate that now that I am on my way to a master's degree, I can't help but feel indebted to Julian for helping to guide me through those dark times.

Learning about Julian's charges filled me with despair and disbelief. How could the man I'd known to create so much light and happiness in the lives of others do something to cause so much trouble? I do understand how it happened though, because I know the weight he's had to hold. Once I finally connected with Julian again, I was comforted to know ne appreciated the seriousness of the situation and had the clarity to fully accept responsibility for his mistake. His resolve to make up for what he had done, to seek the help he needs and to restore society's faith in him, has been a light of hope for me. I know that Julian is still the intelligent, compassionate, and driven man I met when we were younger. I hope more than anything that he will have another chance to prove himself and discover the fulfillment that he helped me find.

Your honor, I understand the serious charge that is facing Julian. I know that he regrets what he has done and wants to do what is necessary to make it right. I humbly request a lenient sentence for Julian as his absence has been crushing for his family, friends, and myself. Thank you for taking the time to read my letter and I can be reached at the phone number or email provided above.

Sincerely,

Kyle Zollo-Venecek
Bates College, Class of 2017

Apogee College Prep
1439 Fairbanks Street SW
Atlanta, GA 30310


November 29, 2020


Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


Honorable Judge Woodlock,


I am writing to request leniency for Julian Field, my 25 year old twins' half-sibling.  My family met Julian and his mom Rachel when our children were in high school, and made connections through The Donor Sibling Registry, an on-line registry for recipients of sperm and/or egg donation. After learning of each others' existence, the kids were very excited to meet. When Julian was accepted to a two-week program at the CDC, he came to Atlanta to stay and spend extended time with us. He visited us again a few of years later,  and I visited Rachel and Julian in Boston as well.

As a veteran educator who has taught for more than 30 years, I was awed by Julian's intellect as soon as we met.  His vocabulary was superior, and he spoke of worldly topics like history and geography in a manner beyond his years.  In fact, while asking my son tonight what he might include in a letter on Julian's behalf, Jonah reminded me that when he first met Julian in Atlanta, Julian often wanted to discuss issues to which Jonah and his sister had not yet been exposed. Julian had an intellectual curiosity that kept him absorbed in books, learning new concepts, mastering other languages, and immersing himself in the cultures to which his mother exposed him.

The few weeks that Julian stayed with us while attending the CDC program, I remember the incredibly rich nature of our conversations as I ferried him back and forth to the campus.  Julian was able to think critically, solve problems, communicate, and socialize with others decades older than himself. Julian read voraciously, absorbing whatever it was he wished to study

- from classic literature to hard science and everything in between. Julian was fascinated with neuroscience and often spoke of the many related ideas he wanted to learn about. I was amazed by his knowledge. I'd describe Julian as a "wise old soul," one who feels deeply and wants desperately to make a difference in the world.

Subsequently, When I had an educational conference to attend in Boston, I visited and stayed with Julian and Rachel in Bedford. The Fields had Guatemalan guests, visiting folk artists Rachel met years earlier, and they sat around the dinner table, conversing fluently in Spanish.  I noted how unusual it was for Julian, a teen raised in an English-speaking household, to command such fluency in a second language while still in high school. However, I was not surprised with his prowess.

Despite his intellect, his natural affinity for education, and his affable spirit, Julian suffered through academic challenges in college that seemed to have little explanation other than those common in developmental adolescent behavior.  In my experience, his nature was *always* jovial, articulate, and engaged.

After leaving college he obtained his EMT license, and was proud of having learned how to check vitals, and of his basic emergency medical skills. Julian also worked as the personal care provider for an elderly woman with dementia and other health conditions. I recall he spent a month as a volunteer in Guatemala, helping in a mobile health care unit in the countryside, and working in a daycare center as well. His dedication to service was sincere, and he was kind and thoughtful.

When I learned about Julian's actions, the ones that landed him in detention, I was devastated.  For years, Rachel shared with me some of his difficulties, and despite therapy and medication, a correct mental health diagnosis was not pronounced until very late in his life's timeline. As one with my own mental health struggles, I feel the pain of Julian's uncontrolled actions and understand the depths of his despair.  Without a doubt, his remorse is profound.

I cannot imagine a world without Julian's contributions to it.  I sincerely hope you can find compassion and understanding in his struggle to find peace within himself, and respond with leniency.

Most respectfully,

Terri A. Jacobson, MEd.

Terri Jacobson, MEd.
Apogee College Prep,
Founder and Principal Educator
apogeecollegeprep@gmail.com

November 30, 2020

Jessica Thrall, Esq.
Legal Counsel for Julian Field

Dear Ms Thrall, Esq.,

I write to you on behalf of Julian Field as you prepare to go before a judge for a sentencing hearing.  I am aware of his actions, the reason he was arrested and I do not condone his behavior, however I also know him to be a thoughtful caring person.

My spouse, children (now adult) and I have had the pleasure of being a part of Julian's life, especially when he was young.  We live in Bedford, MA; and have belonged to the same Unitarian Universalist congregation and circle of friends with his family for over twenty years.  My spouse was a director at his civil engineering firm, formerly Fay, Spofford and Thorndike and I am a landscape designer, who mostly focused on raising our children while volunteering in town and in our faith community.

Always a clever and inquisitive child, Julian was also respectful, kind and joyfully quirky.  I will forever remember him busily at his work bench with Lego creations in the making, joking around being silly, and asking a host of serious questions (often times belying his young age).  More recently (maybe about 3 years ago), Julian asked if he could park his bike in our driveway when he took the bus to work.  While I knew he had difficulties in his life, he looked at me directly, asked respectfully and expressed gratitude for this small favor.  Furthermore, what really mattered, was his heartfelt interest and concern about how I was doing and my family.

Julian is a person who deeply cares, is incredibly bright and who made a tragic error in judgement and action.  Substance abuse changes people's behavior, but not who they are at their core.  I understand this from personal experience, having grown up with an alcoholic parent.  My hope in writing this letter is to share with the judge the Julian we know, the smart quirky kid who has the potential and desire to make the world a better place.  And, our whole family respectfully requests the judge to be lenient in Julian's sentencing.

Sincerely,

Janet L. Powers, Christopher C. Yannoni, Isabella Yannoni and Ilana Yannoni

**Lauren Dorn-Jones**

11/30/2020

Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Woodlock,

My name is Lauren Dorn-Jones, I am a fundraiser for Cambridge Health Alliance, I have a 16-year-old son and I live in Bedford, MA. I had the pleasure of meeting Julian three years ago at Alcoholics Anonymous. I have many years of sobriety and I enjoy greeting the newcomers to the program.

Over the next months, I became very close to Julian. I am a 50-year-old suburban mom so you may think we had nothing in common, it turns out we had a lot in common.

Friday afternoons was our time together. We would always attend the Friday night meeting and we always wanted to have some time together before that. He was part of my life and my routine. In particular interest was the bond he had with my teenage son, Charlie. Charlie struggles socially and he and Julian have bonded immensely. Julian would talk to Charlie like a person, he was able to get him to share some of his feelings. Charlie felt safe and cared for by Julian. Julian being in prison has profoundly affected Charlie. He misses him terribly. When I shared with Charlie the news about Julian, he was devastated. His first reaction was disbelief. He could not even conceive that Julian would do something like this.

I miss Julian. I miss my friend who is empathetic and kind. I was going through a divorce and he was there for me. I would always ask him, are you sure you are in your 20's?

Julian is a brilliant and empathetic adult.  If given the opportunity, he will truly make the world better. I often dream that he will do something to help young teens. He has a rare gift of engaging with individuals of all ages. I am confident that he regrets all that happened and that he would spend his lifetime making up for his mistake.

Please take this into account and show leniency towards my friend Julian.

Respectfully,

Lauren Dorn-Jones



RACHEL FIELD

VISUAL / MEDICAL ANTHROPOLOGIST   &   SOCIAL DOCUMENTARIAN

TRUSTEE OF THE BEDFORD FREE PUBLIC LIBRARY  2008 – PRESENT

380 Concord Road · Bedford, MA  U.S.A. 01730 · (339) 223-3111 · randjfield@verizon.net


22 November, 2020


Honorable Senior District Judge Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


Honorable Judge Woodlock,


I write to you as the mother of Julian Field, the young man upon whom you will soon have the daunting responsibility of passing sentence.

I chose to have my son as a single mom, at the age of 44 - and I purposefully set the bar high: to raise a thoughtful, caring, compassionate, non-racist, non-sexist, socially engaged young man.  But Julian, by his own graces, is all those things, and more: personable, empathic, and a deep - and intellectually gifted - thinker.  (When Julian was in high school his psychologist told me that in all his years of practice he had never met a young man such as Julian, who exhibited an awareness and understanding of others far beyond that of 99% of the adults he had worked with.)  I love and cherish Julian with every fiber of my being, as I have done since the day he was born.  We are linked by that phantom umbilicus that persists and inexorably twines and binds mother to child; we are extremely close.

As Julian's mom, never in a million years could I imagine that one day I would be exclaiming: "Yay! My child, my beloved Julian, is in Federal custody!"
Yet there I was, so greatly relieved that, after reaching out to me to say that he wanted to turn himself in, Julian was taken into custody safely, and without incident…. because I truly feared that I would not see him alive again.
There is not a moment of a day that I am not grateful that he is still alive!

At the same time, not a day has gone by since Feb 3, 2019, that I have not thought of the victim of my son's crime.  What a terrifying and traumatic experience this must have been.  My heart goes out to him!

Your Honor, I don't pretend to know how Justice is best served.  But I can share with you some of the questions I myself have pondered, over these many months. And I can provide you with background information about Julian - what led him to his current predicament, and what paths he might forge in the future - with the hope that together they may prove useful to you in your deliberations.



Julian has now spent nearly two years in Federal detention - depressed, anxious, frequently frightened, inadequately medicated, and with no access to therapy.
This has not stopped him from helping others, from day one of his incarceration: offering to translate between Spanish and English, helping inmates write letters and coaching them on presentations to be made in court - because that is, essentially, who Julian is: polite, sociable, willing and eager to help.  Nor have his circumstances stopped him from trying to better himself.  He has read a remarkable collection of literature, taken up drawing, begun collaborative story writing with a friend on the outside, maintained his keen interest in current events, and he hopes to be able to continue his education.

No number of additional months - stretching into years - of incarceration can undo what Julian did.  Nor will any additional months or years return to the victim the sense of inviolable equanimity he may have heretofore had, in his Concord home.
Were there some way for him to make amends, I'm sure Julian would leap, with gusto, at the opportunity.

Wherein, then, does Justice lie?  Is it in penitence?  I believe Julian's repentance, contrition, and regret is fathomless.  He is utterly mortified by what he did, both to me and to his victim.  Your Honor, he stood in front of you, pleaded guilty to the crime he committed, took full responsibility for it, and spoke of his profound remorse.  Will 'X' amount of additional time in prison deepen his already infinite regret and shame?

Is it the objective of Justice to be punitive?  And if so, to what end?  Is Julian's extended incarceration a balm that will help the victim of his crime heal from the traumatic events of that fateful day?  Will it make society at large safer?  How is punishment to be measured and meted out to a thoughtful and sensitive young man who feels so bad about himself that he has attempted, on occasions too numerous to count, to obliterate himself - both literally and figuratively - with knives, razor blades, alcohol, drugs, as he descended into profound depression and despair?

And what is the role of "rehabilitation?"  Will a young man of Julian's keen intelligence and sensibilities be best served by prolonged, extended exposure to the malign acculturative influences that abide in U.S. Penitentiaries or Federal Correctional Institutions?

Brown University-affiliated psychiatrist Dr. Christine Montross, in her recent book "Waiting For An Echo: The madness of American incarceration," affirms:
*"Incarceration in America routinely makes mentally ill people worse.  …Prolonged incarceration is in fact antithetical to those elements that contribute towards rehabilitation, and thereby fortify society as a whole."*

Social dislocation and estrangement - both circumstantial and psychological - have played a major role in Julian's decline - as they have in our society at large.
Rehabilitation, in Julian's case, will come about only through the long, slow process of intensive therapy; appropriate, well-monitored medication and medical compliance; and the challenging process of building a life of *purpose* and *connection* to friends, to community, and to a cause larger than himself.

I watched, in anguish, as the dark shadow of depression crept steadfastly over Julian's countenance during his last year and a half of high school, obscuring both academic accomplishments and accolades.  Determined to do all that I could to help him, I found both an excellent therapist and prescribing psychiatrist for him, while he continued to live at home.



But once he went away to college, and once he turned 18, it became increasingly difficult to ensure that he was getting adequate help.  Moreover, he did an excellent job of hiding - both to himself and to me - how truly serious his problems had become.
*Neither of us well understood what was happening to, and within, him.*

As his anxiety and his inability to focus and function productively increasingly impacted his sense of self, as well as his self-esteem, Julian compounded this physiological process by attempting to self medicate, and 'self-obliterate' - predominantly with alcohol - though, from time to time, with other random substances.  For all of this, Julian placed the blame entirely on himself.  Devastating testament to that self-blame and intense pain are the numerous, appalling scars his body bears.

Julian's downward spiral was a many years affair - but it was exacerbated by the loss of his job, after the elderly woman for whom he was a live-in care provider was moved into a nursing home, and passed away not long thereafter.  Julian was bereft; he was at a loss; he became lost…. cycling through a number of entry-level jobs, struggling with sobriety as well; on several occasions, over the following two years, I nearly lost him.

On January 2, 2017, Julian came to me, handed me his car keys, and said "Mom, I need help."  *That drive, that initiative, that inner courage to face and overcome his problems, along with the thriving "little spark of celestial fire called conscience" that lives within him, is also what prompted Julian to call me, three days after committing his crime, to say that he wanted to live, and wanted to turn himself in.*

I did everything I possibly could to get Julian the mental health care he needed - successfully appealing his *Mass Health* status all the way up to the State level - to little avail. For 'private-pay' patients, there is extended, "concierge" care to be had.  For everyone else, treatment options other than medication are extremely limited.  It is a well documented and reprehensible fact that in our society, unless one is wealthy, there are few or no mental health beds to be had, and there is absolutely *no continuity of care*.

In Julian's case, he had three mandatory 3-day hospitalizations, and two 2-week stays in a dual-diagnosis residential facility.  He saw at least four prescribing psychiatrists, at least five different psychologists, and numerous therapists and social workers; and he was prescribed countless medications without appropriate monitoring - all without receiving a definitive diagnosis.  When he was finally prescribed *Lithium* - the gold standard medication for treating bipolar disorder - he showed marked improvement… but the initial prescribers were not local, follow-up was at first non-existent, and subsequently spotty; and the dosage proved inadequate.  By December, 2018 Julian became deeply depressed.

Despairing that he would ever get well, he decided, with the beginning of the new year, to go completely off his medications, so that he could finally - in his words - "do the deed." In late January, he told his closest friend Gabe that he thought he was losing his mind. And on February 3, 2019, he became completely psychotic.

Julian has no history of violence.  What Julian did, on February 3, 2019, was not pre-meditated.  He didn't plan to kidnap anyone.  He was crazed and suicidal.  I had never seen him in such a manic and frenzied state.  He threatened to kill himself and to make me watch.  Beside myself with anguish, fearing for his life, I called the police, and Julian fled into the woods.  Neither I, nor the police, foresaw that the use of a K-9 unit and a helicopter would fuel a psychotic paranoia - but they did.  They also led him to his victim's unlocked back door.

Your honor, I am utterly heartbroken and shattered by what Julian did.
I don't question the appropriateness of Julian's detention up to this point - nor his incarceration into some hopefully not too distant point in the future.  In fact, both he and I recognize that enforced abstinence, along with the mandated, monitored, administration of medication (though flawed and inadequate,) are two *very positive* aspects - among a host of overwhelmingly negative aspects - of being incarcerated.

What I would point out, however, is the ironic and inescapable fact that *incarcerating him is punishing me as well*.  It deprives me of the presence of my beloved and treasured son, and leaves me - at 70, with some chronic health challenges - at home, alone.  I deal daily with the pain of our separation, with concern over the rampant spread of Covid where he is being held; and with the financial burden of trying to ensure that he is able to maintain contact with me as well as with his community of friends on the outside.

This past year Julian was assaulted by a fellow inmate.  He was badly beaten, suffering significant bruising, a broken nose and, possibly, a concussion.  His continued emprisonment leaves me immensely preoccupied about his physical as well as his mental well-being, and of course deeply concerned about other possible predations that a sensitive young man in prison might be subjected to.

I hope that you will see fit to use your judicial discretion to help put Julian on the path to a healthy and socially productive life as expeditiously as possible.
Thank you so much for taking the time to read my letter.
I am deeply grateful.


Sincerely,

*Rachel Field*


Rachel Field