Honorable Judge Woodlock,

I am writing to share my thoughts with you about my actions and decisions of February 3, 2019, and to express my deep and wholehearted remorse. Over the past twenty-one months I have spent hours and hours ruminating, reflecting and writing on everything that I did that day. I would be extremely grateful if you were to take the time to read and consider what I have to say.

The choices that I made then, two years ago now, will continue to affect the victim, his family, my mother and my greater community in ways I may never fully understand. I am so mortified by my behavior that it has been very difficult to accept as my own, but I know that my shame is completely incommensurate with the trauma I inflicted that day.

I have revisited my own memories, and have read the victim's account of that evening over and over again.  The initial wide-eyed look of terror in the eyes of this short, gray-haired, kind-faced man is seared into my mind, as I am sure the image of a crazed and disheveled young man leaping up at him with knife in hand and alcohol on his breath will forever haunt the victim.

 I forced him into a nightmare of total shock, genuine fear for his own life and the safety of his wife, and mind-racking anxiety of being subject to my frenzied, intoxicated whim. The victim was at times bewildered, disgusted and terrified by me, or all three at once. In retrospect, I am grateful that he handled my brutishness with such tact.
He wrote that upon my arrest he felt an enormous weight lifted off his chest - a sentiment likely shared by his family and even the surrounding community, all of whom I'm sure were utterly distraught when they heard of what I put him through and how I threatened him.

That I made the family of such a clearly good-natured man afraid to live in their own home just crushes my spirit. I sincerely hope and pray that their anxiety and fear will begin to abate with time. The harsh reality that I know from daily discussions with my mom, however, is that the relief I wish for those I hurt can only be achieved slowly and with great difficulty, if at all.

My mom was the first victim of my actions that day, but she is also my only immediate family, and the most important person in the world to me. Our close, enmeshed relationship makes what I put her through all the more painful for the both of us, but her especially. I can hardly fathom the depth and complexities of her suffering, having watched her son sink into sickness and addiction, culminating in his terrorizing and going on to kidnap a total stranger.

She is 70 years old, lives alone, and has serious health concerns. On top of grappling with the stress and trauma of what I did she must endure the ignominy of having a son so damaged and unhinged that he was capable of such inhumanity.  I can't help but dwell every day on the fact that not only did my behavior cause her such distress; the consequences of my actions perpetuate it: I have put myself in a situation where I am unable to help her, and I fear that while everyone is so isolated right now I have made it even more difficult for her to reach out and get the support she needs.

With all this time on my hands, I think frequently on the infinitely nuanced struggles of all of the people I hurt over the past several years. My understanding of the ongoing havoc I wrought in the respective lives of my mother and the victim is partly informed by my own attempts to recover from and cope with various mental health crises over the years which required time, effort, professional help and a large support network.

I had to determine the most respectful way to apologize to the victim, and assure him that I wouldn't ever dream of entering his life again. Conversely, I have had to learn how best to

remain in my mom's life, and I am still striving to atone for my actions to the best of my ability. Part of that has involved carefully considering what was going through my mind during that hellish day, and the days leading up to it, not so much to determine why I became so psychotic, as to figure out how to prevent it from ever happening again.

I realize now that I precipitated the events of February 3, 2019 some weeks earlier, with a chain of careless and self-centered decisions. This all began when I abruptly ceased taking all of my psychiatric medications, in the hope of provoking my suicide. Not only did I fail to grasp how unacceptable it was in the first place, to put those I love, and who love me, through the trauma of my suicide, but I also should have known that by launching myself into such emotional instability, I was putting everyone around me at risk.

When I quickly plunged into depression and began to self-medicate with alcohol and stimulants, I should have known the magnitude by which I escalated my volatility, and the threat I posed to others. I should have predicted an eventual confrontation with my mom, and I should have been aware of how primed I was to respond disproportionately, but at the time I was too completely absorbed with my own emotional pain to consider any repercussions of my actions other than my own death. In facilitating my suicide I risked the lives of everyone around me, and forced others to bear the brunt of what was to be my self-destruction.

The behavior I displayed throughout this episode will always haunt me and towards the beginning of my incarceration I sometimes wished I had just ended my life before I caused all that suffering.

To cope with the painful process of coming to terms with all of this in its stark reality, I have been reading, exercising, meditating, and relying on the support of my friends and family. After my arrest, I found it necessary to start taking better care of myself if I was to survive in jail. I began with small steps, like practicing good hygiene and taking my medication as prescribed. Over time I built up a full routine which includes more self-edifying activities like writing long letters and short stories, setting goals, and planning out each day. I now have a will to live, and even feel like I have some positive momentum in my life. Still, not a day goes by where I don't reflect on what I did to the victim and to my mom.

I now know what can happen if I let myself spiral completely out of control and break my sobriety, and it frightens me. Making sure I never again reach that state, where I'm capable of hurting someone like that, is my number one goal. To me this means I must always stay vigilant and get help to protect my mental health and my sobriety, which go hand in hand, for the rest of my life.

While incarcerated, I've sought professional help from the mental health departments of every prison I have been in, and have stayed in close contact with AA friends who are in long-term recovery, and I have been diligent in monitoring my own moods. I became a client of the Massachusetts Department of Mental Health and will use them as a resource to help find and set up appointments with a prescriber, a therapist, and various support groups, before my eventual release. When I finally reach a prison that offers it, I will rejoin an AA group and continue to work their 12-step program with a sponsor – I plan to join as many support groups as possible as soon as the BOP lifts COVID-19 restrictions.

As my mental health has improved significantly over the past two years, my friends and loved ones have often remarked on how much better I seem to be doing, and have asked me what I plan to do with my life when I get out. I honestly don't know what the future holds for me. I have thrown away many good opportunities and have felt hopeless for a very long time. But I have numerous passions in life - from languages and foreign films to architecture and neurology – and I have a deep-seated drive to support myself, help the people around me, to create art or express myself creatively, and to repair the damage that I have caused. I know

I'll be a lifelong learner and I know in my heart that from here on out, I cannot and will not ever stop trying to make the most of my life. For now my aspirations are more concrete and immediate, due to the situation I've put myself in. I consider it imperative to finish my college degree and find steady work. However, continuing to take care of myself and my mental health, so that I'm never a danger to myself or anyone else ever again, will always be at the forefront of my mind. What is also extremely important to me is being a loving and supportive son to my mom and to reciprocate the life-changing support she has shown me over these past years.

Thank you so much for taking the time to read this letter. I feel I have been forthright and have spoken with candor. Though I desperately want to be reunited with my friends and family as soon as possible, due to the nature of my crime, I honestly feel uncomfortable asking you for lenience - I just hope you consider everything that my loved ones and I have to say.

Respectfully,

Julian Field